# EXHIBIT B

# Terms of Use

Deque Corporation ("Deque") makes information and products available on this website, subject to the following terms and conditions. By accessing this site, you agree to these terms and conditions. Deque reserves the right to change these terms and conditions, and the products, services, prices, and programs mentioned in this site at any time, at its sole discretion, without notice. Deque reserves the right to seek all remedies available by law and in equity for any violation of these terms and conditions. Any rights not expressly granted herein are reserved.

View specific details of Deque's policies on the following pages:

- Copyright (#copy)
- Trademarks (#trade)
- Use of Software (#use)
- Linking to Deque's Website (#link)
- Governing Law and Jurisdiction (#gov)
- axe DevTools (Free) Extension Terms of Use (/terms-of-use/axe-ext/)
- axe DevTools (Pro) Terms of Service (https://www.deque.com/terms-of-use/axe-devtools-online/)

# Copyright

The information on this website is protected by copyright. Except as specifically permitted, no portion of this website may be distributed or reproduced by any means, or in any form, without Deque's prior written permission.

## Copyright Notice

©2021 Deque Systems Inc., 381 Elden Street Ste 2000 Herndon, VA (Virginia) 20170 USA.  All rights reserved.

# Trademarks

## Partial Listing of Frequently Used Deque Trademarks

### Deque U.S. Registered Trademarks

- Deque
- The Deque Logo
- Deque Systems, Inc.
- axe®
- axe DevTools®
- axe Auditor®
- axe Monitor®

### Deque Trademarks Pending Registration and Common Law Trademarks

- Intelligent Guided Testing™
- Intelligent Guided Tests™
- IGT™
- WorldSpace™
- Ramp Ascend
- Ramp Grade
- Ramp PE
- Ramp Personal Edition
- Deque Studio
- Undoc
- PDF Genie
- Ramp Lite

### Third Party Trademarks

Other brands and products appearing on this site are trademarks of their respective holder(s).

# Use of Software

The software and accompanying documentation available to download from this site are the copyrighted work of Deque. Use of the software is governed by the terms of the end user license agreement, which accompanies such software. If no license accompanies the download, the terms of the license which accompanied the original product being updated will govern. You will not be able to use, download, or install any software unless you agree to the terms of such end user license agreement.

# Use of Website Information

Except as otherwise indicated on this site, you may view, print, copy, and distribute documents on this site subject to the following terms and conditions:

1. The document may be used solely for informational, personal, non-commercial purposes; 2. Any copy of the document or portion thereof must include all copyright and proprietary notices in the same form and manner as on the original; 3. The document may not be modified in any way; and 4. Deque reserves the right to revoke such authorization at any time, and any such use shall be discontinued immediately upon notice from Deque.
2. Documents specified above do not include the layout or design of this website. Elements of this site are protected by trade dress or other laws and may not be imitated or reproduced in whole or in part.
3. Documents specified above do not include logos, graphics, sounds or images on this website, which may be reproduced or distributed only when expressly permitted by Deque.

# Warranties and Disclaimers; Liability Limitations

ALL INFORMATION, PRODUCTS AND DOCUMENTATION ON THIS WEBSITE ARE PROVIDED "AS IS" WITHOUT WARRANTY OR CONDITIONS OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OR CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT. THE ENTIRE RISK ARISING OUT OF THE USE OR PERFORMANCE OF THE SOFTWARE AND DOCUMENTATION REMAINS WITH LICENSEE. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL LICENSOR OR ITS SUPPLIERS BE LIABLE FOR ANY CONSEQUENTIAL, INCIDENTAL, DIRECT, INDIRECT, SPECIAL, PUNITIVE, OR OTHER DAMAGES WHATSOEVER (INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF BUSINESS PROFITS, BUSINESS INTERRUPTION, LOSS OF BUSINESS INFORMATION, OR OTHER PECUNIARY LOSS) ARISING OUT OF THIS AGREEMENT OR THE USE OF OR INABILITY TO USE THE SOFTWARE, EVEN IF LICENSOR HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. BECAUSE SOME STATES/JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR

CONSEQUENTIAL OR INCIDENTAL DAMAGES, THE ABOVE LIMITATION MAY NOT APPLY TO LICENSEE. THIS DISCLAIMER OF WARRANTY CONSTITUTES AN ESSENTIAL PART OF THIS AGREEMENT. NO USE OF THE PRODUCTS IS AUTHORIZED HEREUNDER EXCEPT UNDER THIS DISCLAIMER.

DEQUE ASSUMES NO RESPONSIBILITY FOR ERRORS OR OMISSIONS IN THE INFORMATION OR SOFTWARE OR OTHER DOCUMENTS WHICH ARE REFERENCED BY OR LINKED TO THIS WEBSITE. THIS WEBSITE COULD INCLUDE TECHNICAL OR OTHER INACCURACIES. CHANGES ARE PERIODICALLY MADE TO THE INFORMATION HEREIN. HOWEVER, DEQUE MAKES NO COMMITMENT TO UPDATE MATERIALS ON THIS SITE.

## Products and Services Availability:

This website can be accessed from countries around the world and may contain references to Deque services, programs, and products that have not been announced in your country. These references do not imply that Deque intends to announce such services, programs, or products in your country.

## Submissions

Deque does not want to receive confidential or proprietary information through its website, with the exception of credit card numbers for the purchase of products and services.

Any information sent to Deque, with the exception of credit card numbers, will be deemed NOT CONFIDENTIAL. You grant Deque an unrestricted, irrevocable license to display, use, modify, perform, reproduce, transmit, and distribute any information you send Deque, for any and all commercial and non-commercial purposes.

You also agree that Deque is free to use any ideas, concepts, or techniques that you send Deque for any purpose, including, but not limited to, developing, manufacturing, and marketing products that incorporate such ideas, concepts, or techniques.

Deque may, but is not obligated to, review or monitor areas on its site where users may transmit or post communications, including bulletin boards, chat rooms, and user forums. Deque is not responsible for the accuracy of any information, data, opinions, advice, or statements transmitted or posted on bulletin boards, chat rooms, and user forums.

You are prohibited from posting or transmitting to or from this website any libelous, obscene, defamatory, pornographic, or other materials that would violate any laws. However, if such communications do occur, Deque will have no liability related to the content of any such communications.

Please refer to Ask Deque Terms and Conditions for further information on Deque's policies regarding the use of public forums, and the submission of information through Deque's website.

# Linking to Deque's Website

Other brands and products appearing on this site are trademarks of their respective holder(s).

Deque permits anyone to link to Deque's website subject to the linker's compliance with the following terms and conditions: A site that links to Deque's website:

1. May link to, but not replicate, content contained in Deque's site;
2. Must not create a border environment or browser around content contained in Deque's site;
3. Must not present misleading or false information about Deque's services or products;
4. Must not misrepresent Deque's relationship with the linker;
5. Must not imply that Deque is endorsing or sponsoring the linker or the linker's services or products;
6. Must not use Deque's logos or trade dress without prior written permission from Deque;
7. Must not contain content that could be construed as obscene, libelous, defamatory, pornographic, or inappropriate for all ages;
8. Must not contain materials that would violate any laws;
9. Must agree that the link may be removed at any time upon Deque's request pursuant to Deque's reserved rights to rescind its consent to allow the link.

## Third-party Websites

Deque's site provides links to third-party websites, which are not under the control of Deque. Deque makes no representations about third-party websites. When you access a non-Deque website, you do so at your own risk. Deque is not responsible for the reliability of any data, opinions, advice, or statements made on third-party sites. Deque provides these links merely as a convenience. The inclusion of such links does not imply that Deque endorses, recommends, or accepts any responsibility for the content of such sites.

## Third-party Products and Services

The Deque website may contain mention of third-party products and services for informational purposes. Deque makes no recommendations or endorsements about third-party products and services. References to third-party services and products are provided by Deque "as is", without warranty of any kind, either express or implied.

# Governing Law and Jurisdiction

You agree that all matters relating to your access to, or use of, this website shall be governed by the laws of the state of Virginia. You agree and hereby submit to the exclusive personal jurisdiction and venue of the Superior Court of Fairfax County in Virginia and the United States District Court for Virginia, with respect to such matters.

Deque makes no representation that information on this website is appropriate or available for use in all countries, and prohibits accessing materials from territories where contents are illegal. Those who access this site do so on their own initiative and are responsible for compliance with all applicable laws.

# Export Control Laws

Product, including software and documentation, available on the Deque website is subject to export controls administered by the United States and other countries. Diversion contrary to U.S. law is prohibited. Export, re-export or import of certain product may require action on your behalf prior to purchase and it is your responsibility to comply with all applicable international, national, state, regional and local laws, and regulations, including any applicable import and use restrictions. The Software, including technical data, includes cryptographic software subject to export controls under the U.S. Export Administration Regulations ("EAR") and may be subject to import or export controls in other countries. The EAR prohibits the use of the Software and technical data by a Government End-User, as defined hereafter, without a license from the U.S. government. A Government End-User is defined in Part 772 of the EAR as "any foreign central, regional or local government department, agency or other entity performing governmental functions; including governmental research institutions, governmental corporations or their separate business units (as defined in part 772 of the EAR) which are engaged in the manufacture or distribution of items or services controlled on the Wassenaar Munitions List, and international governmental organizations. This term does not include: utilities (telecommunications companies and Internet service providers; banks and financial institutions; transportation; broadcast or entertainment; educational organizations; civil health and medical organizations; retail or wholesale firms; and manufacturing or industrial entities not engaged in the manufacture or distribution of items or services controlled on the Wassenaar Munitions List.)" You agree to comply strictly with all applicable import and export regulations and acknowledge that You have the responsibility to obtain licenses to export, re-export, transfer or import the Software. You further represent that You are not a Government End User as defined above, and You will not transfer the Software to any Government End user without a license. The Software and the related technical data are subject to U.S. Export Administration Regulations and may be subject to export and import laws, regulations and restrictions in other countries. You agree to comply strictly with all such laws, regulations and restrictions, and acknowledge that You have the

responsibility to obtain any licenses or permits that may be required to import, use, export, re-export, or otherwise transfer or disclose of the Software or the related technical data. You further agree that except as authorized, You shall not export, re-export or otherwise transfer or disclose of (the Product), the related technical data or any direct product thereof; (i) into Cuba, North Korea, Iran, Iraq, Libya, Syria and Sudan or to any country subject to relevant trade sanctions. ; (ii) to entities controlled by such countries or to nationals of such countries; or (iii) to anyone on the U.S. Treasury Department's list of Specially Designated Nationals and Blocked Persons, the U.S. Commerce Department's Denied Persons List, or the U.S. Commerce Department's Entity List.

## United States Government Rights

All Deque products and publications are commercial in nature. The software, publications, and software documentation available on this website are "Commercial Items" as that term is defined in 48 C.F.R.§ (Section)2.101, consisting of "Commercial Computer Software" and "Commercial Computer Software Documentation", as such terms are defined in 48 C.F.R. § (Section)252.227-7014(a)(5) and 48 C.F.R. § (Section)252.227-7014(a)(1), and used in 48 C.F.R.§ (Section)12.212 and 48 C.F.R. 227.7202, as applicable. Pursuant to 48 C.F.R. § (Section)12.212, 48 C.F.R.§ (Section)252.227-7015, 48 C.F.R. § (Section)227.7202 through 227.7202-4, 48 C.F.R. § (Section)52.227-19, and other relevant sections of the Code of Federal Regulations, as applicable, Deque's publications, commercial computer software, and commercial computer software documentation are distributed and licensed to United States Government end users with only those rights as granted to all other end users, according to the terms and conditions contained in the license agreements that accompany the products and software documentation, and the terms and conditions herein.

## Need Accessibility Help?

Deque is your accessibility company of choice.
Call [703-225-0380](tel:1-703-225-0380) or [Email Us](https://www.deque.com/company/contact/).
Customers can contact our [support helpdesk](https://www.deque.com/help-center/).