# EXHIBIT D

## Registration Record Tx0009335645

### Axe Dev Tools V3.7.0.

**Registration Number / Date:**
TX0009335645 / 2023-11-30
**Registration Class:**
TX
**Type Of Work:**
Computer Files
**Title:**
axe Dev Tools v3.7.0.
**Application Title:**
**Date Of Creation:**
2018
**Date Of Publication:**
2019-01-03
**Latest Transaction Date And Time:**
2023-12-01T03:17:44
**Copyright Claimant:**
**Authorship On Application:**
**Basis Of Claim:**
computer program.
**Pre-Existing Material:**
computer program.
**Record Id:**
35844270
**System Control Number:**
**Originating System Control Number:**
TX 009335645
**Description:**
**Nation Of First Publication:**
United States
**Names:**

| Value | Url |
|---|---|
| Value | Url |
| Deque Systems, Inc. | /name-directory/Deque%20Systems%2C%20Inc./associated-records |

## Registration Record Tx0009335914

### Axe Dev Tools V3.8.0.

**Registration Number / Date:**
TX0009335914 / 2023-11-30

**Registration Class:**
TX

**Type Of Work:**
Computer Files

**Title:**
axe Dev Tools v3.8.0.

**Application Title:**

**Date Of Creation:**
2019

**Date Of Publication:**
2019-03-22

**Latest Transaction Date And Time:**
2023-12-02T03:15:27

**Copyright Claimant:**

**Authorship On Application:**

**Basis Of Claim:**
computer program.

**Pre-Existing Material:**
computer program.

**Record Id:**
35846573

**System Control Number:**

**Originating System Control Number:**
TX 009335914

**Description:**

**Nation Of First Publication:**
United States

**Names:**

| Value | Url |
|---|---|
| Value | Url |
| Deque Systems, Inc. | /name-directory/Deque%20Systems%2C%20Inc./associated-records |

## Registration Record Tx0009340330

**Axe Dev Tools V3.9.0.**

**Registration Number / Date:**
TX0009340330 / 2023-12-06

**Registration Class:**
TX

**Type Of Work:**
Computer Files

**Title:**
axe Dev Tools v3.9.0.

**Application Title:**

**Date Of Creation:**
2019

**Date Of Publication:**
2019-08-08

**Latest Transaction Date And Time:**
2023-12-18T08:50:33

**Copyright Claimant:**

**Authorship On Application:**

**Basis Of Claim:**
computer program.

**Pre-Existing Material:**
computer program.

**Record Id:**
35876682

**System Control Number:**

**Originating System Control Number:**
TX 009340330

**Description:**

**Copyright Note:**

**Nation Of First Publication:**
United States

**Names:**

| Value | Url |
|---|---|
| Value | Url |
| Deque Systems, Inc. | /name-directory/Deque%20Systems%2C%20Inc./associated-records |

## Registration Record Tx0009340341

**Axe Dev Tools V3.10.0.**

**Registration Number / Date:**
TX0009340341 / 2023-12-06

**Registration Class:**
TX

**Type Of Work:**
Computer Files

**Title:**
axe Dev Tools v3.10.0.

**Application Title:**

**Date Of Creation:**
2019

**Date Of Publication:**
2019-09-25

**Latest Transaction Date And Time:**
2023-12-18T08:50:32

**Copyright Claimant:**

**Authorship On Application:**

**Basis Of Claim:**
computer program.

**Pre-Existing Material:**
computer program.

**Record Id:**
35876681

**System Control Number:**

**Originating System Control Number:**
TX 009340341

**Description:**

**Copyright Note:**

**Nation Of First Publication:**
United States

**Names:**

| Value | Url |
|---|---|
| Value | Url |
| Deque Systems, Inc. | /name-directory/Deque%20Systems%2C%20Inc./associated-records |

Copyright.gov

# Registration Record Tx0009335692

## Axe Dev Tools V4.0.0.

**Registration Number / Date:**
TX0009335692 / 2023-11-30
**Registration Class:**
TX
**Type Of Work:**
Computer Files
**Title:**
axe Dev Tools v4.0.0.
**Application Title:**
**Date Of Creation:**
2019
**Date Of Publication:**
2019-09-30
**Latest Transaction Date And Time:**
2023-12-01T03:17:44
**Copyright Claimant:**
**Authorship On Application:**
**Basis Of Claim:**
computer program.
**Pre-Existing Material:**
computer program.
**Record Id:**
35844269
**System Control Number:**
**Originating System Control Number:**
TX 009335692
**Description:**
**Nation Of First Publication:**
United States
**Names:**

| Value | Url |
| --- | --- |
| Value | Url |
| Deque Systems, Inc. | /name-directory/Deque%20Systems%2C%20Inc./associated-records |

## Registration Record Tx0009336616

### Axe Dev Tools V4.1.0.

**Registration Number / Date:**
TX0009336616 / 2023-11-30
**Registration Class:**
TX
**Type Of Work:**
Computer Files
**Title:**
axe Dev Tools v4.1.0.
**Application Title:**
**Date Of Creation:**
2019
**Date Of Publication:**
2019-10-21
**Latest Transaction Date And Time:**
2023-12-05T03:17:39
**Copyright Claimant:**
**Authorship On Application:**
**Basis Of Claim:**
computer program.
**Pre-Existing Material:**
computer program.
**Record Id:**
35857008
**System Control Number:**
**Originating System Control Number:**
TX 009336616
**Description:**
**Nation Of First Publication:**
United States
**Names:**

| Value | Url |
|---|---|
| Value | Url |
| Deque Systems, Inc. | /name-directory/Deque%20Systems%2C%20Inc./associated-records |

## Registration Record Tx0009336019

### Axe Dev Tools V4.2.0.

**Registration Number / Date:**
TX0009336019 / 2023-11-30
**Registration Class:**
TX
**Type Of Work:**
Computer Files
**Title:**
axe Dev Tools v4.2.0.
**Application Title:**
**Date Of Creation:**
2019
**Date Of Publication:**
2019-11-19
**Latest Transaction Date And Time:**
2023-12-02T03:15:24
**Copyright Claimant:**
**Authorship On Application:**
**Basis Of Claim:**
computer program.
**Pre-Existing Material:**
computer program.
**Record Id:**
35846567
**System Control Number:**
**Originating System Control Number:**
TX 009336019
**Description:**
**Nation Of First Publication:**
United States
**Names:**

| Value | Url |
| --- | --- |
| Value | Url |
| Deque Systems, Inc. | /name-directory/Deque%20Systems%2C%20Inc./associated-records |

## Registration Record Tx0009338465

### Axe Dev Tools V4.3.0.

**Registration Number / Date:**
TX0009338465 / 2023-12-06

**Registration Class:**
TX

**Type Of Work:**
Computer Files

**Title:**
axe Dev Tools v4.3.0.

**Application Title:**

**Date Of Creation:**
2019

**Date Of Publication:**
2020-01-20

**Latest Transaction Date And Time:**
2023-12-09T03:13:42

**Copyright Claimant:**

**Authorship On Application:**

**Basis Of Claim:**
computer program.

**Pre-Existing Material:**
computer program.

**Record Id:**
35867519

**System Control Number:**

**Originating System Control Number:**
TX 009338465

**Description:**

**Copyright Note:**

**Nation Of First Publication:**
United States

**Names:**

| Value | Url |
|---|---|
| Value | Url |
| Deque Systems, Inc. | /name-directory/Deque%20Systems%2C%20Inc./associated-records |

Registration Record Tx0009336533

## Axe Dev Tools V4.4.0.

**Registration Number / Date:**
TX0009336533 / 2023-12-01
**Registration Class:**
TX
**Type Of Work:**
Computer Files
**Title:**
axe Dev Tools v4.4.0.
**Application Title:**
**Date Of Creation:**
2020
**Date Of Publication:**
2020-02-28
**Latest Transaction Date And Time:**
2023-12-05T03:17:37
**Copyright Claimant:**
**Authorship On Application:**
**Basis Of Claim:**
computer program.
**Pre-Existing Material:**
computer program.
**Record Id:**
35857005
**System Control Number:**
**Originating System Control Number:**
TX 009336533
**Description:**
**Nation Of First Publication:**
United States
**Names:**

| Value | Url |
|---|---|
| Value | Url |
| Deque Systems, Inc. | /name-directory/Deque%20Systems%2C%20Inc./associated-records |

## Registration Record Tx0009337562

### Axe Dev Tools V4.5.0.

**Registration Number / Date:**

TX0009337562 / 2023-12-01

**Registration Class:**

TX

**Type Of Work:**

Computer Files

**Title:**

axe Dev Tools v4.5.0.

**Application Title:**

**Date Of Creation:**

2020

**Date Of Publication:**

2020-04-20

**Latest Transaction Date And Time:**

2023-12-07T03:17:11

**Copyright Claimant:**

**Authorship On Application:**

**Basis Of Claim:**

computer program.

**Pre-Existing Material:**

jpg image code, computer program.

**Record Id:**

35861608

**System Control Number:**

**Originating System Control Number:**

TX 009337562

**Description:**

**Copyright Note:**

**Nation Of First Publication:**

United States

**Names:**

| Value | Url |
|---|---|
| Value | Url |
| Deque Systems, Inc. | /name-directory/Deque%20Systems%2C%20Inc./associated-records |

## Registration Record Tx0009336758

### Axe Dev Tools V4.6.0.

**Registration Number / Date:**
TX0009336758 / 2023-12-01

**Registration Class:**
TX

**Type Of Work:**
Computer Files

**Title:**
axe Dev Tools v4.6.0.

**Application Title:**

**Date Of Creation:**
2020

**Date Of Publication:**
2020-09-15

**Latest Transaction Date And Time:**
2023-12-05T03:17:37

**Copyright Claimant:**

**Authorship On Application:**

**Basis Of Claim:**
computer program.

**Pre-Existing Material:**
computer program.

**Record Id:**
35857004

**System Control Number:**

**Originating System Control Number:**
TX 009336758

**Description:**

**Nation Of First Publication:**
United States

**Names:**

| Value | Url |
|---|---|
| Value | Url |
| Deque Systems, Inc. | /name-directory/Deque%20Systems%2C%20Inc./associated-records |

## Registration Record Tx0009336764

### Axe Dev Tools V4.6.2.

**Registration Number / Date:**
TX0009336764 / 2023-12-01

**Registration Class:**
TX

**Type Of Work:**
Computer Files

**Title:**
axe Dev Tools v4.6.2.

**Application Title:**

**Date Of Creation:**
2020

**Date Of Publication:**
2020-11-24

**Latest Transaction Date And Time:**
2023-12-05T03:17:36

**Copyright Claimant:**

**Authorship On Application:**

**Basis Of Claim:**
computer program.

**Pre-Existing Material:**
computer program.

**Record Id:**
35857003

**System Control Number:**

**Originating System Control Number:**
TX 009336764

**Description:**

**Nation Of First Publication:**
United States

**Names:**

| Value | Url |
|---|---|
| Value | Url |
| Deque Systems, Inc. | /name-directory/Deque%20Systems%2C%20Inc./associated-records |

Registration Record Tx0009336762

## Axe Dev Tools V4.7.0.

**Registration Number / Date:**
TX0009336762 / 2023-12-01
**Registration Class:**
TX
**Type Of Work:**
Computer Files
**Title:**
axe Dev Tools v4.7.0.
**Application Title:**
**Date Of Creation:**
2020
**Date Of Publication:**
2021-01-06
**Latest Transaction Date And Time:**
2023-12-05T03:17:36
**Copyright Claimant:**
**Authorship On Application:**
**Basis Of Claim:**
computer program.
**Pre-Existing Material:**
computer program.
**Record Id:**
35857002
**System Control Number:**
**Originating System Control Number:**
TX 009336762
**Description:**
**Nation Of First Publication:**
United States
**Names:**

| Value | Url |
|---|---|
| Value | Url |
| Deque Systems, Inc. | /name-directory/Deque%20Systems%2C%20Inc./associated-records |

Registration Record Tx0009336375

## Axe Dev Tools V4.8.0.

**Registration Number / Date:**
TX0009336375 / 2023-12-01
**Registration Class:**
TX
**Type Of Work:**
Computer Files
**Title:**
axe Dev Tools v4.8.0.
**Application Title:**
**Date Of Creation:**
2021
**Date Of Publication:**
2021-02-12
**Latest Transaction Date And Time:**
2023-12-05T03:17:35
**Copyright Claimant:**
**Authorship On Application:**
**Basis Of Claim:**
computer program.
**Pre-Existing Material:**
computer program.
**Record Id:**
35857001
**System Control Number:**
**Originating System Control Number:**
TX 009336375
**Description:**
**Nation Of First Publication:**
United States
**Names:**

| Value | Url |
| --- | --- |
| Value | Url |
| Deque Systems, Inc. | /name-directory/Deque%20Systems%2C%20Inc./associated-records |

## Registration Record Tx0009336379

### Axe Dev Tools V4.8.5.

**Registration Number / Date:**
TX0009336379 / 2023-12-01

**Registration Class:**
TX

**Type Of Work:**
Computer Files

**Title:**
axe Dev Tools v4.8.5.

**Application Title:**

**Date Of Creation:**
2021

**Date Of Publication:**
2021-03-03

**Latest Transaction Date And Time:**
2023-12-05T03:17:35

**Copyright Claimant:**

**Authorship On Application:**

**Basis Of Claim:**
computer program.

**Pre-Existing Material:**
computer program.

**Record Id:**
35857000

**System Control Number:**

**Originating System Control Number:**
TX 009336379

**Description:**

**Nation Of First Publication:**
United States

**Names:**

| Value | Url |
|---|---|
| Value | Url |
| Deque Systems, Inc. | /name-directory/Deque%20Systems%2C%20Inc./associated-records |

Registration Record Tx0009336480

## Axe Dev Tools V4.9.0.

**Registration Number / Date:**
TX0009336480 / 2023-12-01

**Registration Class:**
TX

**Type Of Work:**
Computer Files

**Title:**
axe Dev Tools v4.9.0.

**Application Title:**

**Date Of Creation:**
2021

**Date Of Publication:**
2021-04-22

**Latest Transaction Date And Time:**
2023-12-05T03:17:26

**Copyright Claimant:**

**Authorship On Application:**

**Basis Of Claim:**
computer program.

**Pre-Existing Material:**
computer program.

**Record Id:**
35856983

**System Control Number:**

**Originating System Control Number:**
TX 009336480

**Description:**

**Nation Of First Publication:**
United States

**Names:**

| Value | Url |
|---|---|
| Value | Url |
| Deque Systems, Inc. | /name-directory/Deque%20Systems%2C%20Inc./associated-records |

© U.S. Copyright Office

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online [public catalog](#) or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see [How to Investigate the Copyright Status of a Work (Circular 22)](#). For information on removing personal information from Copyright Office public records, refer to [Privacy: Public Copyright Registration Records(Circular 18)](#).