# EXHIBIT E

**Registration Number**
**TX 9-359-731**
**Effective Date of Registration:**
February 01, 2024
**Registration Decision Date:**
February 12, 2024

## Title

**Title of Work:** Rule Help Pages (in web application)

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** November 25, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Deque Systems, Inc.
  **Author Created:** text
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Deque Systems, Inc.
381 Elden St., Suite 2000, Herndon, VA, 20170, United States

## Limitation of copyright claim

**Material excluded from this claim:** HTML and source code

**New material included in claim:** text

## Certification

**Name:** Marsha G. Gentner
**Date:** February 01, 2024
**Applicant's Tracking Number:** 100814-000045

**Correspondence:** Yes