AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
Eastern District of Virginia

| | |
|---|---|
| DEQUE SYSTEMS, INC. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No.  1:24-cv-00217-AJT-WEF |
| BROWSERSTACK, INC., | ) |
| BROWSERSTACK LIMITED, and | ) |
| BROWSERSTACK SOFTWARE PVT. LTD. | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_     BrowserStack Inc.
c/o Incorp Services Inc.
815 Brazos St., Ste 500
Austin, Texas 78701


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven McMahon Zeller
Dykema Gossett PLLC
10 South Wacker Dr., Suite 2300
Chicago, Illinois 60606


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT

Date:     02/15/2024

2024.02.15
10:25:23 -05'00'

_Signature of Clerk or Deputy Clerk_


**Came to hand on 02-15-2024 @ 10:33 A.M.**

# RETURN
# ATTACHED

**DRLS**
516 West Annie St.
Austin, Texas 78704
3622

UNITED STATES DISTRICT COURT
Eastern District of Virginia

| | | | |
|---|---|---|---|
| DEQUE SYSTEMS INC., | Plaintiff | § | Civil Action No.  1:24-cv-00217-AJT-WEF |
| vs. | | § | |
| BROWSERSTACK, INC., et al, | Defendants | § | **PROOF OF SERVICE AFFIDAVIT** |

Before me, the undersigned authority, personally appeared Tod E. Pendergrass, to me well known, after being duly sworn, did depose and say:

"My name is Tod E. Pendergrass.  I am not less than eighteen (18) years of age and not a party to or interested in the outcome of the above styled and numbered suit.  I am authorized to serve citations and other notices, writs, orders, and other papers issued by the civil courts of Texas by Rule 103(2) & (3) of the Texas Rules of Civil Procedure.  I am certified under order of the Texas Supreme Court; Certification No. PSC1660, Exp. 11/30/2025.  I am personally acquainted with the facts stated herein and declare under penalty of perjury they are true and correct.

Came to hand on February 15, 2024, at 10:33 a.m., Summons in a Civil Action and Complaint for service on Defendant <u>BrowserStack Inc</u>.

<u>Executed on February 15, 2024, at 1:25 p.m.</u> by delivering to Defendant's Registered Agent, Incorp Services Inc., by delivering in person to Jason Casey, employee/agent designated to receive process for the Registered Agent, at 815 Brazos St., Ste. 500, Austin, Texas 78701.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct."

Printed Name:   Tod E. Pendergrass

Service Fee $ 146.00

Signature of non-party adult
DRLS, 516 W. Annie Street, Austin, TX 78704

VERIFICATION:  STATE OF TEXAS, COUNTY OF TRAVIS                    Re: Dykema/3622

Before me, a notary public, on this day personally appeared the above-named person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements/facts therein contained are within his/her personal knowledge to be true and correct.  Given under my hand and seal of office on February 15, 2024.

STAR SALAZAR
Notary Public, State of Texas
Comm. Expires 04/27/2027
Notary ID 187334

Notary Public Signature in and for
the State of TEXAS

(This Return Affidavit is made pursuant to FRCP 4(l)(1))