**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**DEQUE SYSTEMS INC.,**

      **Plaintiff,**

v.

**BROWSERSTACK, INC.,**                    Case No. 1:24-cv-00217-AJT-WEF
**BROWSERSTACK LIMITED, and**
**BROWSERSTACK SOFTWARE PVT.**
**LTD.,**

      **Defendants.**

## CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Plaintiff Deque Systems Inc. ("Deque" or "Plaintiff"), with the consent of Defendant BrowserStack, Inc., files this Consent Motion For Extension of Time to Respond to Complaint (the "Motion") and states the following:

1. On February 13, 2024, Deque filed its Complaint in this matter (the "Complaint").

2. On February 15, 2024, BrowserStack, Inc. was served with the Complaint, resulting in a responsive pleading deadline of March 7, 2024.

3. Defendants BrowserStack Limited and BrowserStack Software Pvt. Ltd. have not yet been served with the Complaint.

4. In view of BrowserStack, Inc.'s ongoing investigation into the claims, Deque and BrowserStack, Inc. conferred and agreed to an extension of the March 7, 2024 responsive pleading deadline, resulting in a new deadline of April 8, 2024 for Browerstack, Inc. to file pleadings or a motion in response to the Complaint.

5. Attached is a proposed order granting Defendant BrowserStack, Inc. an extension of time through April 8, 2024 to file pleadings or a motion in response to the Complaint.

6. Because BrowserStack, Inc. has consented to the Motion, Deque waives hearing on this motion and no hearing will be noticed by either party. Should the Court deem a hearing necessary, Deque and BrowserStack, Inc. will appear before the Court on the appropriate date.

Wherefore, Deque respectfully requests that the Court grant this Consent Motion For Extension of Time to Respond to Complaint and enter an order extending the deadline for BrowserStack, Inc. to file pleadings or a motion in response to the Complaint to and including April 8, 2024.

Dated:  March 19, 2024

Respectfully submitted,

**DYKEMA GOSSETT PLLC**

  /s/ Charles W. Chotvacs
Charles W. Chotvacs (VSB #70045)
1301 K Street, N.W.
Suite 1100 West
Washington, D.C. 20005
Telephone: (202) 906-8600
Facsimile: (202) 906-8669
cchotvacs@dykema.com

J. Daniel Harkins (*pro hac vice*)
dharkins@dykema.com
Ryan D. Borelo (*pro hac vice*)
rborelo@dykema.com
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5500
Facsimile: (210) 226-8395

Steven McMahon Zeller (*pro hac vice*)
szeller@dykema.com
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
Telephone: (312) 876-1700
Facsimile: (312) 876-1155

*Counsel for Plaintiff Deque Systems Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of March, 2024, I electronically filed the foregoing **CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** with the Clerk of the Court using the CM/ECF system and also served the foregoing on the following counsel for Defendant BrowserStack, Inc. via U.S. First Class Mail and electronic mail:

Ryan Marton
ryan@martonribera.com
Phil Haack
phaack@martonribera.com
Marton Ribera Schumann & Chang LLP
548 Market St. Suite 36117
San Francisco, CA 94104
415.360.2517

*Counsel for Defendant BrowserStack, Inc.*

      /s/ Charles W. Chotvacs
      Charles W. Chotvacs