**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**DEQUE SYSTEMS INC.**

     **Plaintiff,**

   **v.**

**BROWSERSTACK, INC., and**             Case No. 1:24-cv-00217-AJT-WEF
**BROWSERSTACK LIMITED, and**
**BROWSERSTACK SOFTWARE PVT.**
**LTD.,**

     **Defendants.**

## DEFENDANT BROWSERSTACK, INC.'S MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)

Defendant BrowserStack, Inc. ("Defendant" or "BrowserStack U.S."), by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully moves to dismiss the Complaint [ECF No. 1] filed by Plaintiff Deque Systems Inc. ("Deque" or "Plaintiff") in its entirety due to Plaintiff's failure to state a claim for which relief can be granted. The grounds for this motion are fully detailed in the Memorandum in Support that is filed contemporaneously herewith.

WHEREFORE, BrowserStack, Inc. respectfully requests that the Court grant this motion and dismiss Plaintiff's Complaint with prejudice.

Dated:  April 8, 2024.

Respectfully submitted,

/s/ *Belinda D. Jones*
Belinda D. Jones (VSB No. 72169)
bjones@cblaw.com
Roman Lifson (VSB No. 43714)
rlifson@cblaw.com
Christian & Barton, L.L.P.
901 East Cary Street, Suite 1800
Richmond, Virginia 23219-3095
Tel.:   (804) 697-4100
Fax:   (804) 697-4112


/s/ *Ryan J. Marton*
Ryan J. Marton (*pro hac vice* application forthcoming)
Songmee L. Connolly (*pro hac vice* application forthcoming)
Phillip J. Haack (*pro hac vice* application forthcoming)
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Telephone: (415) 360-2515
Email:       ryan@martonribera.com
                  songmee@martonribera.com
                  phaack@martonribera.com

*Attorneys for Defendant BrowserStack, Inc.*

## CERTIFICATE OF SERVICE

I certify that on April 8, 2024, I filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

/s/ Belinda D. Jones
Counsel

*Attorneys for Defendant BrowserStack, Inc.*