UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**DEQUE SYSTEMS INC.**

      **Plaintiff,**

  v.

**BROWSERSTACK, INC., and**      Case No. 1:24-cv-00217-AJT-WEF
**BROWSERSTACK LIMITED, and**
**BROWSERSTACK SOFTWARE PVT.**
**LTD.,**

      **Defendants.**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Roman Lifson of Christian & Barton, L.L.P., enters his appearance as counsel of record in this proceeding for Defendant BrowserStack, Inc. ("Defendant" or "BrowserStack U.S."). You are requested to serve all notices and other papers on Defendant's counsel at the following address:

> Roman Lifson
> Christian & Barton, L.L.P.
> 901 East Cary Street, Suite 1800
> Richmond, Virginia 23219
> Telephone: (804)697-4164
> Facsimile: (804)697-6112
> rlifson@cblaw.com

Dated:  April 15, 2024.          Respectfully submitted,

                                        /s/ *Roman Lifson*
                                        Belinda D. Jones (VSB No. 72169)
                                        bjones@cblaw.com
                                        Roman Lifson (VSB No. 43714)
                                        rlifson@cblaw.com
                                        Christian & Barton, L.L.P.
                                        901 East Cary Street, Suite 1800

Richmond, Virginia 23219-3095
Tel.:   (804) 697-4100
Fax:   (804) 697-4112


Ryan J. Marton (*pro hac vice* application forthcoming)
Songmee L. Connolly (*pro hac vice* application forthcoming)
Phillip J. Haack (*pro hac vice* application forthcoming)
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Telephone: (415) 360-2515
Email:      ryan@martonribera.com
            songmee@martonribera.com
            phaack@martonribera.com

*Attorneys for Defendant BrowserStack, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on April 15, 2024, I filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

/s/ Roman Lifson
Counsel

*Attorneys for Defendant BrowserStack, Inc.*