UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **DEQUE SYSTEMS INC.,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**BROWSERSTACK INC., BROWSERSTACK LIMITED, and BROWSERSTACK SOFTWARE PVT. LTD.,**<br><br>        **Defendants.** | **Case No.: 1:24-CV-00217-AJT-WEF** |

**JOINT MOTION TO MODIFY DISCOVERY AND PRE-TRIAL DEADLINES AND THE PARTIES' PROPOSED JOINT DISCOVERY PLAN**

Pursuant to Federal Rule of Civil Procedure 16(b) and Local Civil Rule 26, Plaintiff Deque Systems Inc. ("Plaintiff" or "Deque") and Defendants BrowserStack Inc. ("BrowserStack US"), BrowserStack Ltd. ("BrowserStack Ireland"), and BrowserStack Software Pvt. Ltd. ("BrowserStack India," collectively, "Defendants" or "BrowserStack") respectfully move the Court for entry of an order for a modest two-month extension of the August 9, 2024 discovery deadline, the August 15, 2024 final pretrial conference, and the discovery schedule set forth in the Parties' Proposed Joint Discovery Plan (Doc. 33).

As good cause for an extension, the Parties state as follows:

1. Plaintiff filed suit against Defendants on February 13, 2024. (Doc. 1.)

2. Defendant BrowserStack US was served on February 15, 2024, making its initial response to the Complaint due March 7, 2024. (Doc. 15.)

3. On February 13, 2024, counsel for Plaintiff engaged with Irish counsel to initiate service on BrowserStack Ireland. As of yet, BrowserStack Ireland has not been served.

4. By Order dated March 20, 2024, the Court granted BrowserStack US an extension up to and including April 8, 2024 to respond to the Complaint. (Doc. 17.)

5. On April 8, 2024, BrowserStack US filed its Motion to Dismiss the Complaint under Rule 12(b)(6). (Doc. 19.)

6. On April 9, 2024, this Court entered a Scheduling Order, setting an Initial Status Conference for May 1, 2024, a discovery completion date of August 9, 2024, and a final pretrial conference for August 15, 2024. The Order further required the parties to submit a joint pretrial discovery plan by April 24, 2024.  (Doc. 22.)

7. On April 15, 2024, Plaintiff sent a waiver of service to BrowserStack India.

8. On April 16, 2024, Plaintiff sent a request for service upon BrowserStack India to the Indian Central Authority via the Hague Convention.

9. Pursuant to the Court's April 9 Scheduling Order, the parties, through counsel, conferred on April 18, 2024 regarding discovery and pre-trial issues, including service on BrowserStack Ireland and BrowserStack India, and, on April 24, 2024 (the date the Parties' proposed discovery plan was due), BrowserStack Ireland and BrowserStack India agreed to waive service in exchange for Plaintiff's agreement to consent to a two-month extension of the discovery and pretrial schedule.

10. Accordingly, Plaintiff and BrowserStack US agreed upon and filed a Proposed Joint Discovery Plan consistent with the Court's Order of April 9, 2024, but informing the Court of this forthcoming motion.

11. The Parties agree that, in the interest of judicial efficiency, this matter should proceed against all the BrowserStack entities simultaneously, rather than on the staggered

schedule that may result once formal service is perfected upon each of the foreign entities individually.

12. To accommodate the additional and foreign BrowserStack entities being on the same schedule, the Parties request a two-month extension of the dates in the Scheduling Order and the Proposed Joint Discovery Plan as follows:

| Event | Original Date | Requested Date |
| --- | --- | --- |
| Deadline to Respond to Complaint (BrowserStack Ireland, BrowserStack India) | --- | May 15, 2024 |
| Rule 26(a)(1) Initial Disclosures | May 10, 2024 | June 7, 2024 |
| Plaintiff's Expert disclosures | June 7, 2024 | August 9, 2024 |
| Defendants' Expert disclosures | July 8, 2024 | September 9, 2024 |
| Rebuttal Expert disclosures | July 23, 2024 | September 24, 2024 |
| Completion of Discovery | August 9, 2024 | October 11, 2024 |
| Dispositive Motions | August 12, 2024 | October 14, 2024 |
| Final Pretrial Conference | August 15, 2024 | October 17, 2024 at 10:00 a.m. |

Accordingly, Plaintiff and Defendants jointly request that the Court grant their motion and enter an order granting a two-month extension of the discovery deadlines and pretrial conference, as set forth above. Attached hereto as Exhibit 1 is a Revised Proposed Joint Discovery Plan with the new dates inserted for the Court's consideration as well as a Proposed Order on the Parties' motion. The Parties waive hearing on their joint motion.

3

Dated: April 29, 2024    Respectfully submitted,

/s/ Charles W. Chotvacs
Charles W. Chotvacs (VSB No. 70045)
DYKEMA GOSSETT PLLC
1301 K Street N.W., Suite 1100W
Washington, D.C.  20005
Telephone: (202) 906-8619
Facsimile: (888) 813-2443
cchotvacs@dykema.com

Steven McMahon Zeller (*pro hac vice*)
10 South Wacker Drive, Suite 2300
Chicago, Illinois  60606
Telephone: (312) 876-1700
Facsimile: (312) 876-1155
szeller@dykema.com

J. Daniel Harkins (*pro hac vice*)
Ryan D. Borelo (*pro hac vice*)
112 East Pecan Street, Suite 1800
San Antonio, Texas  78205
Telephone: (210) 554-5500
Facsimile: (210) 226-8395
dharkins@dykema.com
rborelo@dykema.com

*Attorneys for Plaintiff*
*Deque Systems Inc.*

/s/ Belinda D. Jones
Belinda D. Jones (VSB No. 72169)
CHRISTIAN & BARTON, L.L.P.
901 East Cary Street, Suite 1800
Richmond, Virginia  23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
bjones@cblaw.com

Ryan J. Marton (*pro hac vice*)
Songmee L. Connolly (*pro hac vice*)
Phillip J. Haack (*pro hac vice*)
MARTON RIBERA SCHUMANN &
CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA  94104
Telephone: (415) 360-2515
ryan@martonribera.com
songmee@martonribera.com
phaack@martonribera.com

*Attorneys for Defendants*
*BrowserStack, Inc., BrowserStack Ltd., and BrowserStack Software Pvt. Ltd.*