IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DEQUE SYSTEMS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:24-cv-00217 (AJT/WEF) |
| | ) |
| BROWSERSTACK, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

# ORDER

On Friday, May 24, Plaintiff moved the Court for leave to file an amended complaint, [Doc. No. 44] (the "Motion for Leave to Amend"), which is unopposed by Defendants, upon consideration of which, it is hereby

**ORDERED** that the Motion for Leave to Amend [Doc. No. 44] be, and the same hereby is, **GRANTED**; provided, however, that the filing of the First Amended Complaint [Doc. No. 44-1] shall not be grounds for any modification of the Scheduling Order [Doc. No. 22]; and it is further

**ORDERED** that the First Amended Complaint [Doc. No. 44-1] is deemed filed as of the date of this Order, and that Defendants shall answer, move, or otherwise respond the First Amended Complaint within twenty-one (21) days of the date of this Order; and it is further

**ORDERED** that the Motion to Dismiss [Doc. No. 19] be, and the same hereby is, **DENIED** without prejudice as moot; and the hearing on the Motion to Dismiss scheduled for May 29, 2024, is cancelled; and it is further

**ORDERED** that the Motion for Judicial Notice filed in connection with Plaintiff's opposition briefing [Doc. No. 31] be, and the same hereby is, **DENIED** without prejudice as moot.

The Clerk is directed to provide a copy of this Order to all counsel of record.

May 28, 2024
Alexandria, Virginia

_____
Anthony J. Trenga
Senior U.S. District Judge