**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**DEQUE SYSTEMS INC.,**

      **Plaintiff,**

v.                                                                              Case No. 1:24-cv-00217-AJT-WEF

**BROWSERSTACK, INC., and**
**BROWSERSTACK SOFTWARE PVT.**
**LTD.,**

      **Defendants.**

**PLAINTIFF DEQUE SYSTEMS INC.'S**
**MOTION FOR DISCLOSURE OF PROTECTED MATERIAL TO EXPERT**

Pursuant to the Stipulated Protective Order entered in this action (Doc 54), Plaintiff Deque Systems Inc. ("Plaintiff" or "Deque") respectfully moves the Court for an order permitting Deque to disclose documents and information designated as Protected Material by Defendants BrowserStack, Inc. and BrowserStack Software Pvt. Ltd. under the Protective Order to Deque's retained expert, Michael Kahaian, for the purpose of undertaking an analysis of Deque's damages in this action. The grounds for Deque's Motion are fully detailed in the accompanying Memorandum in Support filed contemporaneously herewith. A proposed Order also is attached hereto.

Dated: September 13, 2024

Respectfully submitted,

**DYKEMA GOSSETT PLLC**

/s/ Charles W. Chotvacs
Charles W. Chotvacs (VSB# 70045)
1301 K Street, N.W., Suite 1100 West
Washington, D.C. 20005
Telephone: (202) 906-8600
Facsimile: (202) 906-8669
cchotvacs@dykema.com

Steven McMahon Zeller (*pro hac vice*)
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Telephone: (312) 876-1700
Facsimile: (312) 876-1155
szeller@dykema.com

J. Daniel Harkins (*pro hac vice*)
dharkins@dykema.com
Ryan D. Borelo (*pro hac vice*)
rborelo@dykema.com
112 East Pecan Street, Suite 1800
San Antonio, TX 78205
Telephone: (210) 554-5500
Facsimile: (210) 226-8395


**BODMAN PLC**


  /s/ Justin P. Bagdady
Justin P. Bagdady (*pro hac vice*)
201 S. Division Street, Suite 400
Ann Arbor, MI 48104
Telephone: (734) 930-2727
Facsimile: (743) 930-2494
jbagdady@bodmanlaw.com

Stephen P. Dunn (*pro hac vice*)
201 W. Big Beaver Road, Suite 500
Troy, MI 48084
Telephone: (248) 743-6031
Facsimile: (248) 743-6002
sdunn@bodmanlaw.com

*Counsel for Plaintiff Deque Systems Inc.*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of September, 2024, the foregoing Motion for Disclosure of Protected Material to Expert was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which shall send notification of electronic filing to all counsel of record.

                                                      /s/ Charles W. Chotvacs  
                                                      Charles W. Chotvacs