**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**DEQUE SYSTEMS INC.,**

      **Plaintiff,**

v.                                              Case No. 1:24-cv-00217-AJT-WEF

**BROWSERSTACK, INC., and**
**BROWSERSTACK SOFTWARE PVT.**
**LTD.,**

      **Defendants.**

**PLAINTIFF DEQUE SYSTEMS INC.'S**
**NOTICE OF WITHDRAWAL OF ITS**
**MOTION FOR DISCLOSURE OF PROTECTED MATERIAL TO EXPERT**

PLEASE TAKE NOTICE that Plaintiff Deque Systems Inc. hereby withdraws its Motion for Disclosure of Protected Material to Expert (Dkt. 64), and requests that the Court cancel the hearing thereon scheduled for Friday, September 20, 2024 at 10:00 a.m. (Dkt. 66), as the Parties have resolved Defendants' objection to disclosure thereby rendering Plaintiff's Motion moot.

Dated:  September 16, 2024                      Respectfully submitted,

                                                                           **DYKEMA GOSSETT PLLC**

                                                                           /s/ Charles W. Chotvacs
                                                                           Charles W. Chotvacs (VSB# 70045)
                                                                           1301 K Street, N.W., Suite 1100 West
                                                                           Washington, D.C. 20005
                                                                           Telephone: (202) 906-8600
                                                                           Facsimile: (202) 906-8669
                                                                           cchotvacs@dykema.com

                                                                           Steven McMahon Zeller (*pro hac vice*)
                                                                           10 South Wacker Drive, Suite 2300
                                                                           Chicago, IL 60606
                                                                           Telephone: (312) 876-1700
                                                                           Facsimile: (312) 876-1155
                                                                           szeller@dykema.com

2

J. Daniel Harkins (*pro hac vice*)
dharkins@dykema.com
Ryan D. Borelo (*pro hac vice*)
rborelo@dykema.com
112 East Pecan Street, Suite 1800
San Antonio, TX 78205
Telephone: (210) 554-5500
Facsimile: (210) 226-8395


**BODMAN PLC**


  /s/ Justin P. Bagdady
Justin P. Bagdady (*pro hac vice*)
201 S. Division Street, Suite 400
Ann Arbor, MI 48104
Telephone: (734) 930-2727
Facsimile: (743) 930-2494
jbagdady@bodmanlaw.com

Stephen P. Dunn (*pro hac vice* pending)
201 W. Big Beaver Road, Suite 500
Troy, MI 48084
Telephone: (248) 743-6031
Facsimile: (248) 743-6002
sdunn@bodmanlaw.com

*Counsel for Plaintiff Deque Systems Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of September, 2024, the foregoing Notice of Withdrawal of Plaintiff Deque System Inc.'s Motion for Disclosure of Protected Material to Expert was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which shall send notification of electronic filing to all counsel of record.

  /s/ Charles W. Chotvacs
Charles W. Chotvacs