UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**DEQUE SYSTEMS INC.,**

    *Plaintiff*,

v.                                    Case No. 1:24-cv-00217-AJT-WEF

**BROWSERSTACK, INC., and
BROWSERSTACK SOFTWARE PVT.
LTD.,**

    *Defendants*.

## [PROPOSED] ORDER GRANTING PLAINTIFF DEQUE SYSTEMS INC.'S MOTION FOR EXTENSION OF PRETRIAL DEADLINES

This matter is before the Court on Plaintiff Deque Systems Inc.'s Motion for Extension of Pretrial Deadlines. Upon consideration of the Motion, it is hereby

**ORDERED** that Plaintiff's Motion is **GRANTED**, and the Court will extend the expert discovery and remaining pretrial deadlines as follows:

- Plaintiff Deque Systems, Inc. shall make its Rule 26(a)(2) disclosures by October 7, 2024;

- the Parties shall serve rebuttal expert disclosures pursuant to Rule 26(a)(2) by October 22, 2024:

- the Parties shall complete all discovery by October 25, 2024;

- the Parties shall file any dispositive motions by October 29, 2024; and

- the Final Pretrial Conference before the District Judge shall be on November 1, 2024 at 10:00 a.m.

ENTERED this ____ day of September, 2024.

                                                                         _____
                                                                         William E. Fitzpatrick
Alexandria, Virginia                                              United States Magistrate Judge