## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s):  Carolyn Chang

Electronic Device(s):  (1) cell phone

(1) laptop

Purpose and Location Of Use:  Hearing before Judge Fitzpatrick - Courtroom 500

Case No.:  1:24-cv-217

Date(s) Authorized:  September 27, 2024

IT Clearance Waived:  __X__ (Yes)    ____ (No)

APPROVED BY:

Date:_____    _____
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:    _____    _____
IT Staff Member                                                                        Date(s)

**IT clearance must be completed, unless waived, before court appearance.**