## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): __Phillip J. Haack_____

_____

_____

Electronic Device(s): __(1) cell phone_____

__(1) laptop_____

_____

Purpose and Location Of Use: __Hearing before Judge Fitzpatrick - Courtroom 500__

Case No.: __1:24-cv-217_____

Date(s) Authorized: __September 27, 2024_____

IT Clearance Waived:   __X___(Yes)        _____(No)

APPROVED BY:

Date:_____    _____
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:    _____    _____
                 IT Staff Member                           Date(s)

**IT clearance must be completed, unless waived, before court appearance.**