## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): Carolyn Chang, Phillip J. Haack, Roman Lifson, Stephen P. Dunn

Electronic Device(s): (1) cell phone

(1) laptop

FOR EACH AUHTORIZED PERSON

Purpose and Location Of Use: Hearing before Judge Fitzpatrick - Courtroom 500

Case No.: 1:24-cv-217

Date(s) Authorized: September 27, 2024

IT Clearance Waived:   X  (Yes)   ___(No)

APPROVED BY: _[signature]_

Date: 7/26/24

United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: _____  _____
                   IT Staff Member              Date(s)

**IT clearance must be completed, unless waived, before court appearance.**