UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DEQUE SYSTEMS, INC., )<br>)<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>)<br>BROWSERSTACK, INC., et al., )<br>)<br>*Defendants*. )<br>) | Civil Action No. 1:24-cv-217(AJT/WEF) |

## ORDER

This matter is before the Court on Plaintiff Deque Systems, Inc. ("Deque")'s Motions to Compel (Dkt. 71) and for an Extension of Pretrial Deadlines (Dkt. 74). Deque filed Memorandums (Dkts. 72, 75) in support of their Motions, Defendants Browserstack filed Responses (Dkts. 79, 80), and Deque filed a Reply (Dkt. 90).

For the reasons stated from the bench, and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Deque's Motion to Compel (Dkt. 71) is **GRANTED-IN-PART and DENIED IN PART**. Specifically, Deque's Motion to Compel as to RFP 49 is **DENIED** except to the extent that Defendant Browserstack will disclose information pertaining to any payments made to third party vendors used to develop any aspect of the Accessibility Toolkit.

The Court reserves ruling on all other aspects of Deque's Motions (Dkts. 71, 74) until after the settlement conference in this matter set for Thursday, October 3, 2024 at 9 a.m.

**ENTERED** this 27th day of September, 2024.

_____
WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia