UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DEQUE SYSTEMS, INC., | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No. 1:24-cv-217(AJT/WEF) |
| BROWSERSTACK, INC., et al., | ) |
| *Defendants*. | ) |

## ORDER

This matter is before the Court as a result of the Parties' settlement conference held on October 3, 2024 before the undersigned.

It is hereby

**ORDERED** that the settlement conference is continued to October 17, 2024, at 2 p.m; it is further

**ORDERED** that Court's hearing on Plaintiff's Motions to Compel (Dkt. 71) and for Extension of Pretrial Deadline (Dkt. 74) is also continued to October 17, 2024, at 2 p.m.; it is further

**ORDERED** that the final pretrial conference remains set for October 18, 2024 at 10 a.m. before the Honorable Anthony J. Trenga; it is further

**ORDERED** that the parties will be permitted to file any dispositive motions on or before October 28, 2024.

**ENTERED** this 3rd day of October, 2024.

                                                                                           /s/ William E. Fitzpatrick
                                                                                 WILLIAM E. FITZPATRICK
                                                                                 UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia