# EXHIBIT 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| DEQUE SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> BROWSERSTACK, INC, and BROWSERSTACK SOFTWARE PVT. LTD., <br><br> Defendants. | Case No. 1:24-cv-00217-AJT-WEF <br><br> **DEQUE SYSTEMS INC's FIRST SUPPLEMENTAL RESPONSES TO DEFENDANTS BROWSERSTACK SOFTWARE PVT. LTD.'S FIRST SET OF INTERROGATORIES NOS. 2, 4, 5, 7 & 9.** |

NOW COMES Plaintiff Deque Systems Inc. ("Deque" or "Plaintiff"), by and through its undersigned counsel, and hereby provides its Responses to Defendant BrowserStack Software Pvt. Ltd.'s First Set of Interrogatories.

For each respective interrogatory response, Deque incorporates by reference the General Objections and corresponding specific objections as set forth in Deque's Objections to Defendants' First Set of Interrogatories served on July 8, 2024 ("Deque's Objections").

**INTERROGATORY NO. 2:** Identify all Allegedly Copied Content, including where such Allegedly Copied Content exists in each Asserted Work and in each Accused Product.

**SUPPLEMENTAL RESPONSE:** Subject to and without waiving Deque's Objections, Deque responds as follows:

Deque's investigation is ongoing as Deque has not yet received meaningful production from Defendants. As an initial matter, Deque answers by referencing the examples and comparisons set forth in the First Amended Complaint (Dkt. 44-1) at paragraphs 42-46. Deque further responds by referring to Exhibits A & B, attached hereto, as some of the evidence of Allegedly Copied Content existing in an Accused Product. Furthermore, Deque asserts that non-

literal elements, including, *e.g.,* sequencing, organization, logic flows, and decisions trees, are contained within the Accused Products.

Deque expressly reserves all rights to supplement, revise, and/or amend its response to this Interrogatory as its investigation and discovery proceed in accordance with the Federal Rules of Civil Procedure, the Court's Local Rules, the operative Joint Discovery Plan (ECF No. 35-1) and Scheduling Order (ECF No. 37), and any other applicable agreements or orders.

**INTERROGATORY NO. 4:** State all facts supporting your claim that any Accused Product constitutes a derivative work of one or more Asserted Works.

**SUPPLEMENTAL RESPONSE:** Subject to and without waiving Deque's Objections, Deque responds as follows: See First Amended Complaint (Dkt. 44-1) at ¶¶ 42-48, 50-61, and the Supplemental Response to Interrogatory No. 3, above and Exhibits A & B attached hereto. The BrowserStack Accessibility Toolkit is a work based on or derived from one or more versions of Deque's axe DevTools® browser extension for Chrome and the Deque Rules Help Pages. Specifically, and without limitation, at least one of the four "features" of Defendants' accessibility testing products, "Assisted tests," (*see* BROWSERSTACK-00000324-0336) was almost entirely copied from Deque's products. The feature was thus clearly based on or derived from the Deque products. Deque's investigation is ongoing as Deque has not yet received meaningful production from Defendants.

Deque expressly reserves all rights to supplement, revise, and/or amend its response to this Interrogatory as its investigation and discovery proceed in accordance with the Federal Rules of Civil Procedure, the Court's Local Rules, the operative Joint Discovery Plan (ECF No. 35-1) and Scheduling Order (ECF No. 37), and any other applicable agreements or orders.

**INTERROGATORY NO. 5:** For each Asserted Work, identify each exclusive right under 17 U.S.C. § 106 that you claim was infringed, and the factual and legal basis for such infringement claim as asserted against each BrowserStack Defendant.

**SUPPLEMENTAL RESPONSE:** Subject to and without waiving Deque's Objections, Deque responds as follows: The rights Defendants infringed include the rights of (1) reproduction, (2) preparation of derivative works, and (3) distribution. *See* Amended Complaint at ¶¶ 42-48, 50-61. Deque further refers to its Supplemental Response to Interrogatory No. 3, above and Exhibits A & B attached hereto. Deque's investigation is ongoing as Deque has not yet received meaningful production from Defendants.

Deque expressly reserves all rights to supplement, revise, and/or amend its response to this Interrogatory as its investigation and discovery proceed in accordance with the Federal Rules of Civil Procedure, the Court's Local Rules, the operative Joint Discovery Plan (ECF No. 35-1) and Scheduling Order (ECF No. 37), and any other applicable agreements or orders.

**INTERROGATORY NO. 7:** Identify and describe your discovery (including when and how) of any activities by a BrowserStack Defendant which you claim infringed any Asserted Work, whether you contend any such infringing activities are continuing, and if so, how they are continuing.

**SUPPLEMENTAL RESPONSE:** Subject to and without waiving Deque's Objections, Deque responds as follows: See Amended Complaint at ¶¶ 42-48, 50-61. Deque further refers to its initial response to Interrogatory No. 6. Deque further refers to the document DEQUE000026-0040. Deque's investigation is ongoing as Deque has not yet received meaningful production from Defendants

Deque expressly reserves all rights to supplement, revise, and/or amend its response to this Interrogatory as its investigation and discovery proceed in accordance with the Federal Rules of Civil Procedure, the Court's Local Rules, the operative Joint Discovery Plan (ECF No. 35-1) and Scheduling Order (ECF No. 37), and any other applicable agreements or orders.

**INTERROGATORY NO. 9:** For each claim for relief asserted in this Action, identify each item of damages to which you claim you are entitled, including the type of damages, the amount,

how such amounts are calculated, and the legal and factual basis for your recovery of such damages item from each BrowserStack Defendant.

**SUPPLEMENTAL RESPONSE:** Subject to and without waiving Deque's Objections, Deque responds as follows:

For its copyright infringement claim, Deque intends to seek all damages available under the Copyright Act, including but not limited to actual damages suffered by Deque as a result of Defendants' infringing activities, and any profits recovered by Defendants that are attributable to their infringing activities and not taken into account in computing the actual damages, and injunctive relief. Profits recovered by Defendants for sales and subscriptions to its entire product line that *includes* access to the BrowserStack Accessibility Toolkit, which may distinguish BrowserStack's products from its competitors, has a "conceivable connection" to the infringement of the Deque's copyrights, as it is possible such infringement contributed to such revenue. *See*, *e.g., Dash v. Mayweather*, 731 F.3d 303, 330-31 (4th Cir. 2013); *Sinclair Broad. Grp., Inc. v. Colour Basis, LLC*, No. CCB-14-2614, 2016 U.S. Dist. LEXIS 84154, at *23 (D. Md. June 29, 2016). The facts surrounding such a conceivable connection, as well as the amount of revenue received by BrowserStack for all products incorporated its accessibility testing, are entirely within the custody and control of Defendants, and Defendants to date have failed to produce any discovery on these topics.

For its false advertising claims, Deque intends to seek all available damages, including at least injunctive relief.

For its breach of contract claim, Deque intends to seek its lost profits due to Defendants' breaching activities or alternatively, disgorgement of Defendants' profits related to its breach of the contract and the profits Defendants have earned through their breach-related activities.

For its claim of unjust enrichment, Deque intends to seek damages including, but will not be limited to, Defendants' profits from sales of any functionally associated products obtained from selling products violating either Deque's copyrighted works or the contracts at issue, as well as a measure of the research and development costs that Defendants avoided in bringing their accessibility products to market by illegally copying and inappropriately using Deque's products in the process.

Deque also intends to seek reasonable attorney's fees associated with this lawsuit.

Deque further states that the calculations of the amount of damages that it seeks to recover, and all facts and opinion supporting such amounts, are incomplete at this time as Deque has not received any production of documents from Defendants. Such amounts shall be disclosed at a future time in this litigation, through either expert reports, testimony or otherwise.

Deque expressly reserves all rights to supplement, revise, and/or amend its response to this Interrogatory as its investigation and discovery proceed in accordance with the Federal Rules of Civil Procedure, the Court's Local Rules, the operative Joint Discovery Plan (ECF No. 35-1) and Scheduling Order (ECF No. 37), and any other applicable agreements or orders.

Deque expressly reserves all rights to supplement, revise, and/or amend its response to this Interrogatory as its investigation and discovery proceed in accordance with the Federal Rules of Civil Procedure, the Court's Local Rules, the operative Joint Discovery Plan (ECF No. 35-1) and Scheduling Order (ECF No. 37), and any other applicable agreements or orders.

Dated:  August 30, 2024          **DYKEMA GOSSETT PLLC**

By:    /s/ *Charles W. Chotvacs*

Charles W. Chotvacs (VA Bar #70045)
  cchotvacs@dykema.com
1301 K Street NW
Suite 1100 West
Washington, D.C. 20005
Telephone: (202) 906-8600
Facsimile: (202) 906-8669

J. Daniel Harkins (*pro hac vice*)
  dharkins@dykema.com
Ryan D. Borelo (*pro hac vice*)
  rborelo@dykema.com
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5500
Facsimile: (210) 226-8395

Steven McMahon Zeller (*pro hac vice*)
  szeller@dykema.com
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
Telephone: (312) 876-1700
Facsimile: (312) 876-1155

***Attorneys for Plaintiff Deque Systems Inc.***

## **VERIFICATION**

Pursuant to 28 U.S.C. § 1746, I, _____ declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and/or belief, on the basis of the information supplied to me and available at the time these interrogatories were answered.

Executed on _____, 2024

_____
**Deque Systems Inc.**
By: _____
Its: _____

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **DEQUE SYSTEMS INC's FIRST SUPPLEMENTAL RESPONSES TO DEFENDANTS BROWSERSTACK SOFTWARE PVT. LTD.'S FIRST SET OF INTERROGATORIES NOS. 2, 4, 5, 7 & 9.**, were served on counsel for BrowserStack, Inc. and BrowserStack Software Pvt. Ltd., on the date indicated below by email addressed to bjones@cblaw.com; phaack@martonribera.com; rlifson@cblaw.com; ryan@martonribera.com; and songmee@martonribera.com.

Dated:  August 30, 2024                                    /s/ *Steven McMahon Zeller*

# EXHIBIT A

| Deque 4.9.0:<br>Formatted excerpt of file "vendor.bundle.js" | BrowserStack 1.0.0.4:<br>Formatted excerpt of file "IGTRules.8548b9b3.js" |
|---|---|
| "keyboard-inaccessible":{<br><br>"shortText":"Action cannot be performed by keyboard alone",<br><br>"issueDescText":"General - There is no way to perform the function using only the keyboard."}, | [D.KEYBOARD_INACCESSIBLE]: {<br><br>    shortText: "Function cannot be performed by keyboard alone",<br><br>    issueDescText: "There is no way to perform the function using only the keyboard on the same screen or on a qualifying conforming alternate version.", |
| "focus-indicator-missing":{<br><br>"shortText":"Focus indicator is missing",<br><br>"issueDescText":"The visual focus indicator is missing altogether."}, | [D.FOCUS_INDICATOR_MISSING]: {<br><br>    shortText: "Focus indicator is missing",<br><br>    issueDescText: "The visual focus indicator is missing altogether.", |
| "focus-on-hidden-item":{<br><br>"shortText":"Hidden or empty element receives focus",<br><br>"issueDescText":"Keyboard focus or touch screen swiping falls on an element that is hidden or empty."}, | [D.FOCUS_ON_HIDDEN_ITEM]: {<br><br>    shortText: "Hidden or empty element receives focus",<br><br>    issueDescText: "Keyboard focus or touch screen swiping falls on an element that is hidden or empty." |
| "aria-role-missing":{<br><br>"shortText":"Role: The element\'s role is missing or incorrect",<br><br>"issueDescText":"The element\'s role is missing or is not appropriate for the element\'s function."}, | [D.ARIA_ROLE_MISSING]: {<br><br>    shortText: "Role: The element's role is missing or incorrect",<br><br>    issueDescText: "The element's role is missing or is not appropriate for the element's function.", |
| "aria-state-property-missing":{<br><br>"shortText":"States/Properties: The element has missing or incorrect states or properties",<br><br>"issueDescText":"The element has missing or incorrect states or properties that are necessary for screen reader users to interact with or understand the content conveyed by the element."}, | [W.ACCESSIBLE_STATES]: {<br><br>    shortText: "Element has missing or incorrect states",<br><br>    issueDescText: "The element has missing or incorrect states or properties that are necessary for screen reader users to interact with or understand the content conveyed by the element." |
| "focus-window-launches":{<br><br>"shortText":"New window launched when component receives focus",<br><br>"issueDescText":"New window launched when a component receives focus."}, | D.FOCUS_WINDOW_LAUNCHES]: {<br><br>    shortText: "New window launched when component receives focus",<br><br>    issueDescText: "New window launched when a component receives focus.", |

1

| **Deque 4.9.0:** <br> **Formatted excerpt of file "vendor.bundle.js"** | **BrowserStack 1.0.0.4:** <br> **Formatted excerpt of file "IGTRules.8548b9b3.js"** |
|---|---|
| "aria-name-missing-incorrect":{ <br><br> "shortText":"Name: The element\'s name is missing or incorrect", <br><br> "issueDescText":"The element\'s accessible name is missing or is not appropriate for the element\'s purpose."}, | [W.ACCESSIBLE_NAME]: { <br><br>    shortText: "Element does not have an appropriate accessible name", <br><br>    issueDescText: "The element's accessible name is missing or is not appropriate for the element's purpose.", |
| **COMMENT:** <br><br> BrowserStack code defines its labels to be the exact Deque Rule IDs that are copied from. | D = { <br>    KEYBOARD_INACCESSIBLE: "keyboard-inaccessible", <br>    FOCUS_INDICATOR_MISSING: "focus-indicator-missing", <br>    FOCUS_ON_HIDDEN_ITEM: "focus-on-hidden-item", <br>    ARIA_ROLE_MISSING: "aria-role-missing", <br>    FOCUS_WINDOW_LAUNCHES: "focus-window-launches" <br>  }, <br>  W = { <br>    ACCESSIBLE_NAME: "aria-name-missing-incorrect", <br>    ACCESSIBLE_ROLE: "aria-role-missing", <br>    ACCESSIBLE_STATES: "aria-state-property-missing" <br>  }, |

2

| **Deque 4.9.0:** <br> **Formatted excerpt of file "panel.bundle.js"** | **BrowserStack 1.0.0.4:** <br> **Formatted excerpt of file "default.1bfa8a9b.js"** |
|---|---|
| `}] : [{`<br>   `id: e + "-false",`<br>   `value: "false",`<br>   ``label: f.a`No, there is no alternative` ``<br>`}, {`<br><br>   `id: e + "-true-alternative",`<br>   `value: "true",`<br>   ``label: f.a`Yes, there is an alternative AND the alternative is in the tab order` ``<br>`}, {`<br><br><br>   `id: e + "-false-no-alternative",`<br>   `value: "false-no-alternative",`<br>   ``label: f.a`Yes, there is an alternative but it is not in the tab order` ``<br>`}]` | `u.createElement(ir, {`<br>  `ariaLabelText: "No, there is no alternative.",`<br>  `id: pn.NO,`<br>  `labelText: "No, there is no alternative.",`<br><br>`u.createElement(ir, {`<br>  `ariaLabelText: "Yes, there is an alternative and it is in the tab order.",`<br>  `id: pn.YES_IN_ORDER,`<br>  `labelText: "Yes, there is an alternative and it is in the tab order.",`<br><br>`u.createElement(ir, {`<br>  `ariaLabelText: "Yes, there is an alternative but it is not in the tab order.",`<br>  `id: pn.YES_NO_IN_ORDER,`<br>  `labelText: "Yes, there is an alternative but it is not in the tab order.",` |

| **Deque Rules Help Pages (in web application)** <br> **TX 9-359-731** | **BrowserStack 1.0.0.4:** <br> **Formatted excerpt of file "IGTRules.8548b9b3.js"** |
|---|---|
| **Action cannot be performed by keyboard alone**<br><br>Rule ID: keyboard-inaccessible<br><br>…..<br><br>**How To Fix**<br><br>**Fix this issue by ensuring the component can be used by the keyboard.**<br><br>Utilizing standard HTML form controls and link elements guarantees keyboard operation. User agents provide the keyboard operation of standard controls and additionally map them to an accessibility API. The API is then used by assistive technologies to extract the necessary information and relate them to the user. Standard controls and links include:<br><br>- `<a>`<br>- `<button>`<br>- `<input>`(various types including, but not limited to: "text", "checkbox", "radio")<br>- `<select>`<br>- `<textarea>`<br><br>If you create a custom version of a native HTML element or a custom control or widget that does not have a native HTML equivalent, you must add keyboard focusability (via | `[D.KEYBOARD_INACCESSIBLE]: {`<br>  `shortText: "Function cannot be performed by keyboard alone",`<br>  `issueDescText: "There is no way to perform the function using only the keyboard on the same screen or on a qualifying conforming alternate version.",`<br>       `impact: "critical", ……………..`<br>  ``howToFix: `Fix this issue by ensuring the component can be used by the keyboard.``<br>  `Utilizing standard HTML form controls and link elements guarantees keyboard operation. User agents provide the keyboard operation of standard controls and additionally map them to an accessibility API. The API is then used by assistive technologies to extract the necessary information and relate them to the user. Standard controls and links include:`<br><br>1. `<a>`<br>2. `<button>`<br>3. `<input>`(various types including, but not limited to: "text", "checkbox", "radio")<br>4. `<select>` |

3

| Deque Rules Help Pages (in web application) TX 9-359-731 | BrowserStack 1.0.0.4: Formatted excerpt of file "IGTRules.8548b9b3.js" |
|---|---|
| tabindex="0") and keyboard events via JavaScript as well as the relevant element role(s) using ARIA. | 5. &lt;textarea&gt;<br><br>If you create a custom version of a native HTML element or a custom control or widget that does not have a native HTML equivalent, you must add keyboard focusability (via tabindex=\u201D0\u201D) and keyboard events via JavaScript as well as the relevant element role(s) using ARIA.` |
| **Focus indicator is missing**<br><br>Rule ID: focus-indicator-missing<br><br>….<br><br>**How To Fix**<br><br>**Common keyboard focus indicator solutions include:**<br><br>1. A 2px box around the focused element<br>2. A change in the background color of the focused element<br>3. The addition of an icon, such as an arrow, next to a menu item<br>4. The addition of a thick line under or next to the focused element<br>5. A distinctive change to the text of the component such as making it bold and/or underlined<br>6. Use the default browser focus indicator.<br><br>NOTE: Since each browser has its own default focus indicator style, check each of the major browsers (Chrome, Firefox, Edge, IE, Safari) to ensure the default focus indicator is visible as you tab through the page.<br><br>A keyboard focus indicator can take different forms; it does not have to be a boring box. But the goal is to provide a difference in contrast between a component's default and focused states of at least 3 to 1 or another distinctive visual change. | [D.FOCUS_INDICATOR_MISSING]: {<br><br>……………..<br><br>tags: ["WCAG247"],howToFix: `Common keyboard focus indicator solutions include:<br><br>1. A 2px box around the focused element<br><br>2. A change in the background color of the focused element<br><br>3. The addition of an icon, such as an arrow, next to a menu item<br><br>4. The addition of a thick line under or next to the focused element<br><br>5. A distinctive change to the text of the component such as making it bold and/or underlined<br><br>6. Use the default browser focus indicator.<br><br>NOTE: Since each browser has its own default focus indicator style, check each of the major browsers (Chrome, Firefox, Edge, IE, Safari) to ensure the default focus indicator is visible as you tab through the page.<br><br>A keyboard focus indicator can take different forms; it does not have to be a boring box. But the goal is to provide a difference in contrast between a component's default and focused states of at least 3 to 1 or another distinctive visual change.` |

| Deque Rules Help Pages (in web application) TX 9-359-731 | BrowserStack 1.0.0.4: Formatted excerpt of file "IGTRules.8548b9b3.js" |
|---|---|
| **Role: The element's role is missing or incorrect**<br><br>Rule ID: aria-role-missing<br><br>**How To Fix**<br><br>Fix this issue by adding the appropriate, valid ARIA role or roles per the ARIA Recommendation document and the ARIA Authoring Practices document (see References below)" | [D.ARIA_ROLE_MISSING]: {<br><br>    shortText: "Role: The element's role is missing or incorrect",<br><br>…<br><br>    howToFix: "Fix this issue by adding the appropriate, valid ARIA role or roles per the ARIA Recommendation document and the ARIA Authoring Practices document (see References below)" |
| **Role: The element's role is missing or incorrect**<br><br>Rule ID: aria-role-missing<br><br>…….<br><br>**How To Fix**<br><br>Fix this issue by adding the appropriate, valid ARIA role or roles per the ARIA Recommendation document and the ARIA Authoring Practices document (see References below) | [W.ACCESSIBLE_ROLE]: {<br><br>    shortText: "Element does not have an appropriate role",<br><br>    issueDescText: "The element's role is missing or is not appropriate for the element's function.",<br><br>….<br><br>    howToFix: "Fix this issue by adding the appropriate, valid ARIA role or roles per the ARIA Recommendation document and the ARIA Authoring Practices document" |

| Deque Issue Help Pages (published at https://docs.deque.com/issue-help/1.0.0/en/) | BrowserStack 1.0.0.4: Formatted excerpt of file "IGTRules.8548b9b3.js" |
|---|---|
| (https://docs.deque.com/issue-help/1.0.0/en/focus-on-hidden-item)<br><br>Hidden or empty element receives focus<br><br>Keyboard focus or touch screen swiping falls on an element that is hidden or empty<br><br>Rule ID: focus-on-hidden-item | [D.FOCUS_ON_HIDDEN_ITEM]: {<br><br>shortText: "Hidden or empty element receives focus",<br><br>    issueDescText: "Keyboard focus or touch screen swiping falls on an element that is hidden or empty.", |
| (https://docs.deque.com/issue-help/1.0.0/en/focus-window-launches )<br><br>New window launched when component receives focus<br><br>focus-window-launches | [D.FOCUS_WINDOW_LAUNCHES]: {<br><br>    shortText: "New window launched when component receives focus",<br><br>    issueDescText: "New window launched when a component receives focus.",<br><br>    impact: "serious", |

5

| **Deque Issue Help Pages** (published at https://docs.deque.com/issue-help/1.0.0/en/) | **BrowserStack 1.0.0.4:** **Formatted excerpt of file "IGTRules.8548b9b3.js"** |
|---|---|
| (https://docs.deque.com/issue-help/1.0.0/en/aria-name-missing-incorrect) <br><br> The element's name is missing or incorrect <br><br> The element's accessible name is missing or is not appropriate for the element's purpose <br><br> Rule ID: aria-name-missing-incorrect | [W.ACCESSIBLE_NAME]: { <br><br>    shortText: "Element does not have an appropriate accessible name", <br><br>    issueDescText: "The element's accessible name is missing or is not appropriate for the element's purpose.", |
| (https://docs.deque.com/issue-help/1.0.0/en/aria-state-property-missing) <br><br> The element has missing or incorrect states or properties <br><br> The element has missing or incorrect states or properties that are necessary for screen reader users to interact with or understand the content conveyed by the element <br><br> How to Fix <br><br> … <br><br> Determine the role of the component: Identify the role of the component by looking at the HTML code and checking whether it has the appropriate role attribute. The role attribute defines the type of the component and its expected behavior. <br><br> … <br><br> Apply the ARIA attributes: Apply the appropriate ARIA attributes to the component using HTML. For example, if a "textbox" component has an error state, you can add the aria-invalid attribute with a value of "true". <br><br> … | [W.ACCESSIBLE_STATES]: { <br><br>    shortText: "Element has missing or incorrect states", <br><br>    issueDescText: "The element has missing or incorrect states or properties that are necessary for screen reader users to interact with or understand the content conveyed by the element.", <br><br> …. <br><br>    howToFix: "Fix this issue by determining the role of the component and applying the appropriate ARIA attributes to the component using HTML" |

6

## Exhibit B

### Results of Search for "IGT" in java script files contained in v.1.0.0.4 of BrowserStack Accessibility Toolkit extension for Chrome browser

**atContent.2970d759.js (beautified version) (8 hits)**
    Line  901:     message: s.A11Y_ IGT_RULE_ENGINE_ISSUES,
    Line  905:       IGTType: "interactiveElements"
    Line  917:        type: " IGTElement",
    Line  926:        type: " IGTElement",
    Line  937:    C = {}, y = [], h = [], A = 0, y = Array.from(document.querySelectorAll(" IGT-BORDER")), y.forEach(a => a.remove()), h = document.querySelectorAll("[id='ba11y-border']"), h.forEach(a => a.remove()), h = document.querySelectorAll("ba11y-border"), h.forEach(a => a.remove()), e.selectedElements && Object.keys(e.selectedElements).forEach(a =>
    Line  988:          message: s.A11Y_SCREENSHOTS_FOR_ IGT_TAKEN,
    Line 1005:    y = [], h = [], y = Array.from(document.querySelectorAll(" IGT-BORDER")), y.forEach(a => a.remove()), h = document.querySelectorAll("[id='ba11y-border']"), h.forEach(a => a.remove()), h = document.querySelectorAll("ba11y-border"), h.forEach(a => a.remove());
    Line 1058:   case s.A11Y_RESET_ IGT:

**background.js.7da0407d.js (beautified version) (22 hits)**
    Line 339:        message: t.A11Y_ IGT_HIGHLIGHT
    Line 351:        message: t.A11Y_ IGT_HIGHLIGHT_START,
    Line 364:        message: t.A11Y_ IGT_HIGHLIGHT_STOP,
    Line 455:   case t.A11Y_ IGT_HIGHLIGHT:
    Line 461:   case t.A11Y_ IGT_HIGHLIGHT_STOP:
    Line 467:   case t.A11Y_STOP_SCREENSHOTS_FOR_ IGT:
    Line 478:   case t.A11Y_RESET_SCREENSHOTS_FOR_ IGT:
    Line 482:       message: t.A11Y_RESET_SCREENSHOTS_FOR_ IGT
    Line 485:   case t.A11Y_START_SCREENSHOTS_FOR_ IGT:
    Line 489:       message: t.A11Y_START_SCREENSHOTS_FOR_ IGT
    Line 499:   case t.A11Y_RESET_ IGT:
    Line 503:       message: t.A11Y_RESET_ IGT
    Line 534:   case t.A11Y_ IGT_PARTIAL_SCAN_PREPARE_DOM:
    Line 546:     event_name: "PROBE_A11Y_ IGT_PARTIAL_SCAN_PREPARE_DOM_FAIL"
    Line 688:   case t.A11Y_ IGT_HIGHLIGHT_STOP:
    Line 695:   case t.A11Y_ IGT_STARTED:
    Line 702:   case t.A11Y_SCREENSHOTS_FOR_ IGT_TAKEN:
    Line 703:   case t.A11Y_RESET_SCREENSHOTS_FOR_ IGT:
    Line 704:   case t.A11Y_SCREENSHOTS_FOR_ IGT_DONE:
    Line 705:   case t.A11Y_ IGT_TAB_DONE:
    Line 706:   case t.A11Y_ IGT_RULE_ENGINE_ISSUES:
    Line 717:   case t.A11Y_ IGT_STOP_HIGHLIGHT:

**content.js.06ad5cb8.js (beautified version) (33 hits)**
    Line  26: from "./ IGTRules.8548b9b3.js";
    Line 314:    getActive IGTs: () =>

1

```
Line  323:     start IGT: (l, d) =>
Line  328:     stop IGT: l =>
Line  332:     reset IGTIssues: () =>
Line  722:     message: i.A11Y_SCREENSHOTS_FOR_IGT_DONE
Line  728:   const s = je.start IGT("keyboard",
Line  766:     message: i.A11Y_IGT_RULE_ENGINE_ISSUES,
Line  768:     IGTType: "keyboard"
Line  814:   t.isForIGT ? document.querySelector(t.target) ? window.postMessage(
Line  838:   case i.A11Y_IGT_HIGHLIGHT_START:
Line  842:     const o = ["script", "ba11y-border", "iframe", "IGT-border", "NOSCRIPT", "SCRIPT", "STYLE"];
Line  860:     message: i.A11Y_IGT_STARTED,
Line  864:   case i.A11Y_IGT_HIGHLIGHT:
Line  877:       message: i.A11Y_IGT_TAB_DONE,
Line  882:       type: "IGTElement",
Line  887:       message: i.A11Y_IGT_HIGHLIGHT_STOP
Line  899:       message: i.A11Y_IGT_HIGHLIGHT_STOP
Line  902:       message: i.A11Y_IGT_TAB_DONE,
Line  907:       type: "IGTElement",
Line  914:   case i.A11Y_IGT_HIGHLIGHT_STOP:
Line  935:     message: i.A11Y_IGT_HIGHLIGHT_STOP,
Line  939:   case i.A11Y_START_SCREENSHOTS_FOR_IGT:
Line  942:     _ = {}, C = document.querySelectorAll("IGT-border"), w =
document.querySelectorAll("[id='ba11y-border']"), w.forEach(o => o.remove()), C.forEach(o => o.remove()), w =
document.querySelectorAll("ba11y-border"), w.forEach(o => o.remove());
Line 1012:       message: i.A11Y_SCREENSHOTS_FOR_IGT_TAKEN,
Line 1022:   case i.A11Y_STOP_SCREENSHOTS_FOR_IGT:
Line 1025:     message: i.A11Y_STOP_SCREENSHOTS_FOR_IGT
Line 1028:   case i.A11Y_RESET_SCREENSHOTS_FOR_IGT:
Line 1031:     message: i.A11Y_RESET_SCREENSHOTS_FOR_IGT,
Line 1036:   case i.A11Y_RESET_IGT:
Line 1039:     message: i.A11Y_IGT_HIGHLIGHT_STOP,
Line 1041:   }), ie = new Set, v = {}, R = null, clearInterval(P), _ = {}, C = document.querySelectorAll("IGT-border"), C.forEach(o => o.remove()), w = document.querySelectorAll("[id='ba11y-border']"), w.forEach(o => o.remove()), w = document.querySelectorAll("ba11y-border"), w.forEach(o => o.remove()), C = [], J = [];
Line 1055:   case i.A11Y_IGT_PARTIAL_SCAN_PREPARE_DOM:
```

**default.1bfa8a9b.js (beautified version) (101 hits)**

```
Line    20: from "./IGTRules.8548b9b3.js";
Line 28623:   $s = "IGT",
Line 28733:     disableExitIGT: V,
Line 29060:     disableExitIGT: V,
Line 29140:     disableExitIGT: J,
Line 47358:     a = "-and|-as|-band|-bnot|-bor|-bxor|-casesensitive|-ccontains|-ceq|-cge|-cgt|-cle|-clike|-clt|-cmatch|-cne|-cnotcontains|-cnotlike|-cnotmatch|-contains|-creplace|-csplit|-eq|-exact|-f|-file|-ge|-gt|-icontains|-ieq|-ige|-IGT|-ile|-ilike|-ilt|-imatch|-in|-ine|-inotcontains|-inotlike|-inotmatch|-ireplace|-is|-isnot|-isplit|-join|-le|-like|-lt|-match|-ne|-not|-notcontains|-notin|-notlike|-notmatch|-or|-regex|-replace|-shl|-shr|-split|-wildcard|-xor",
Line 58182:   const B1e = ["script", "ba11y-border", "iframe", "IGT-border", "noscript"],
Line 73764:     IGT = "`",
Line 73787:     IGT = "ᨆ",
Line 75277:     IGT = "Ь",
Line 75300:     IGT = "□",
```

```
Line 75819:        b IGTriangledown: Ymt,
Line 75820:        b IGTriangleup: Hmt,
Line 75889:        bprime: IGT,
Line 75912:        capcap: IGT,
Line 77403:        softcy: IGT,
Line 77426:        Square: IGT,
Line 82192:          isFor IGT: !0,
Line 82512:          isFor IGT: !0,
Line 82569:        className: " IGTIssueItem__console__icon IGTIssueItem__console__icon-title",
Line 82591:          " IGTIssueItem__pagination-section__pagination-icon--disabled": a
Line 82658:        className: " IGTIssueItem"
Line 82661:        className: " IGTIssueItem__pagination-section"
Line 82664:        className: " IGTIssueItem__pagination-section__title"
Line 82667:        className: " IGTIssueItem__pagination-section__pagination"
Line 82683:        className: " IGTIssueItem__pagination-section__pagination-page-count"
Line 82698:        className: " IGTIssueItem__console"
Line 82734:        className: " IGTIssueItem__description"
Line 82737:        className: " IGTIssueItem__description-title"
Line 82740:        className: " IGTIssueItem__description-info"
Line 82743:        className: " IGTIssueItem__description-tag"
Line 82755:        wrapperClassName: " IGTIssueItem__description-tag-item"
Line 82767:        className: " IGTIssueItem__divider"
Line 82770:        className: " IGTIssueItem__tab-content"
Line 83026:      setActive IGTView: r,
Line 83049:        setDisableExit IGT: M,
Line 83075:          message: fe.A11Y_ IGT _PARTIAL_SCAN_PREPARE_DOM,
Line 83236:         message: fe.A11Y_START_SCREENSHOTS_FOR_ IGT,
Line 83267:         message: fe.A11Y_RESET_SCREENSHOTS_FOR_ IGT,
Line 83271:         message: fe.A11Y_RESET_SCREENSHOTS_FOR_ IGT,
Line 83279:         message: fe.A11Y_RESET_ IGT,
Line 83350:        case fe.A11Y_SCREENSHOTS_FOR_ IGT _DONE:
Line 83389:      setActive IGTView: n,
Line 83426:        setActive IGTView: n,
Line 83561:      setActive IGTView: G.exports.func.isRequired,
Line 83786:        setActive IGTView: s,
Line 83938:          message: fe.A11Y_ IGT _PARTIAL_SCAN_PREPARE_DOM,
Line 84095:          isFor IGT: !0,
Line 86235:        className: vt(" IGTSummary__issueSummary__ IGT-severity-tag", `
 IGTSummary__issueSummary__ IGT-severity-tag--${i}`,
Line 86237:          " IGTSummary__issueSummary__ IGT-severity-tag--active-filter": r
Line 86275:        className: " IGTSummary"
Line 86278:        className: " IGTSummary__tabs"
Line 86298:        className: " IGTSummary__issueSummary"
Line 86301:        className: " IGTSummary__issueSummary__totalIssues"
Line 86304:        className: " IGTSummary__issueSummary__totalIssues__info"
Line 86307:        className: " IGTSummary__issueSummary__ IGT-badge"
Line 86310:        className: " IGTSummary__issueSummary__divider"
Line 86313:        className: " IGTSummary__issueSummary__severity"
Line 86316:        className: " IGTSummary__issueSummary__severity-text"
Line 86319:        className: " IGTSummary__issueSummary__severity-count"
Line 86354:        className: " IGTSummary__testLog"
Line 86499:         message: fe.A11Y_ IGT _HIGHLIGHT,
Line 86532:         message: fe.A11Y_ IGT _HIGHLIGHT_STOP,
```

3

```
Line 86546:      return fe.A11Y_STOP_SCREENSHOTS_FOR_IGT
Line 86567:         message: fe.A11Y_IGT_PARTIAL_SCAN_PREPARE_DOM,
Line 86639:      case fe.A11Y_IGT_STARTED:
Line 86646:      case fe.A11Y_IGT_HIGHLIGHT_STOP:
Line 86649:      case fe.A11Y_IGT_TAB_DONE:
Line 86656:      case fe.A11Y_IGT_RULE_ENGINE_ISSUES:
Line 86657:        if ($(Me.issues), Me.IGTType === "keyboard")
Line 86670:        Me.IGTType === "interactiveElements" && (H(Me.calculatedAccessibleStates),
T($t.REVIEW_INTERACTIVE_ELEMENTS), X(Me.allInteractiveElements), c(3));
Line 86677:      case fe.A11Y_RESET_SCREENSHOTS_FOR_IGT:
Line 86685:      case fe.A11Y_SCREENSHOTS_FOR_IGT_TAKEN:
Line 86705:        message: fe.A11Y_RESET_IGT,
Line 86717:      activeIGTView: S,
Line 86741:      setActiveIGTView: T,
Line 86760:      activeIGTView: n,
Line 86787:      setActiveIGTView: te,
Line 86941:       setActiveIGTView: te,
Line 86982:      activeIGTView: n,
Line 86994:      setActiveIGTView: te,
Line 87664:        IGTType: Oe.atType
Line 87992:      case fe.A11Y_IGT_STOP_HIGHLIGHT:
Line 87995:      case fe.A11Y_IGT_STARTED:
Line 87996:      case fe.A11Y_START_SCREENSHOTS_FOR_IGT:
Line 87999:      case fe.A11Y_IGT_HIGHLIGHT_STOP:
Line 88000:      case fe.A11Y_SCREENSHOTS_FOR_IGT_DONE:
Line 88369:        message: fe.A11Y_IGT_HIGHLIGHT_STOP,
Line 88373:        message: fe.A11Y_RESET_IGT,
Line 88421:      disableExitIGT: Y,
Line 88422:      setDisableExitIGT: Q,
```

**messages.35716266.js (beautified version) (28 hits)**

```
Line 11:  A11Y_IGT_PARTIAL_SCAN_PREPARE_DOM: "ba11y.scan.IGTPrepareDom",
Line 21:  A11Y_IGT_HIGHLIGHT_START: "ba11y.IGTElementHighlightStart",
Line 22:  A11Y_IGT_STARTED: "ba11y.IGTStarted",
Line 23:  A11Y_IGT_HIGHLIGHT: "ba11y.IGTElement",
Line 24:  A11Y_IGT_HIGHLIGHT_STOP: "ba11y.IGTHighlightStop",
Line 25:  A11Y_IGT_TAB_DONE: "ba11y.IGTTabDone",
Line 26:  A11Y_IGT_NEW_TAB_OPENED: "ba11y.IGTNewTabOpened",
Line 27:  A11Y_IGT_STOP_HIGHLIGHT: "ba11y.IGTStopElement",
Line 30:  A11Y_START_SCREENSHOTS_FOR_IGT: "ba11y.takeScreenshots",
Line 31:  A11Y_SCREENSHOTS_FOR_IGT_TAKEN: "ba11y.IGTScreenshotTaken",
Line 32:  A11Y_SCREENSHOTS_FOR_IGT_DONE: "ba11y.IGTScreenshotsDone",
Line 33:  A11Y_STOP_SCREENSHOTS_FOR_IGT: "ba11y.stopIGTScreenshotsDone",
Line 34:  A11Y_RESET_SCREENSHOTS_FOR_IGT: "ba11y.resetIGTScreenshotsDone",
Line 35:  A11Y_IGT_RULE_ENGINE_ISSUES: "ba11y.ruleEngineIssues",
Line 36:  A11Y_RESET_IGT: "ba11y.resetIGT",
```

**injectGlobal.js (beautified version) (25 hits)**

```
Line 210: const IGTHighlights = new Map();
Line 211: function IGTTemplate(highlighter, selector, count, el) {
Line 219:   if (!IGTHighlights.has(highlighter)) IGTHighlights.set(highlighter, element);
Line 236:    #IGT-border {
```

4

Line 275:      . **IGT**-border-wrapper{
Line 279:   <div class=" **IGT**-border-wrapper">
Line 280:     <div id=" **IGT**-border">
Line 292: function initCustomComponent(isFor **IGT** = false) {
Line 302:     this.shadowRoot.innerHTML = isFor **IGT** ? **IGT**Template(this, target, count) : getTemplate(this, target);
Line 323:   if (isFor **IGT** && !window.customElements.get(' **IGT**-border')) {
Line 324:     window.customElements.define(' **IGT**-border', ElementBorder);
Line 373: initCustomComponent(true); // add Keyboard **IGT** border
Line 383:    // Update position for **IGT**Highlights
Line 384:    const **IGT**Elements = document.querySelectorAll(' **IGT**-border');
Line 385:    **IGT**Elements.forEach((highlighter) => {
Line 388:     const el = **IGT**Highlights.get(highlighter);
Line 389:     highlighter.shadowRoot.innerHTML = **IGT**Template(highlighter, target, count, el);
Line 422: function append **IGT**ComponentInDom(target, count, shouldScroll = true) {
Line 430:   const el = document.createElement(' **IGT**-border');
Line 463:      case ' **IGT**Element':
Line 464:        append **IGT**ComponentInDom(target, count, shouldScroll);

4874-4584-1883.2

5