# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**DEQUE SYSTEMS INC.,**

      **Plaintiff,**

**v.**                                                    **Case No. 1:24-CV-00217-AJT-WEF**

**BROWSERSTACK, INC., and**
**BROWSERSTACK SOFTWARE PVT.**
**LTD.,**

      **Defendants.**

## PLAINTIFF DEQUE SYSTEMS INC.'S SUPPLEMENT TO ITS INITIAL DISCLOSURES

Plaintiff Deque Systems Inc. ("Deque" or "Plaintiff"), by and through its attorneys, hereby provides the following supplement to its previously served initial disclosures ("Initial Disclosures") pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

### PRELIMINARY STATEMENT

1.      These Initial Disclosures, as supplemented, are made by Plaintiff based upon documents, knowledge, and information presently and reasonably available to it as of the date hereof, on the basis of documents, knowledge, and information within its possession, custody, or control. Plaintiff reserves and does not waive the right to rely on any information, facts, documents, or other materials that may subsequently come to its attention through further investigation, discovery, disclosure, or otherwise, or the right to supplement, amend, modify, correct or clarify these Initial Disclosures as appropriate pursuant to Federal Rule of Civil Procedure 26(e) based upon any such other and additional information, facts, documents, or other materials.

2.      In providing these Initial Disclosures, as supplemented, Plaintiff reserves and does not waive the right to object to the relevance, authenticity, or admissibility of any information contained herein. Plaintiff's Initial Disclosures are made without waiving the right to object on the

1

grounds of competency, privilege, relevancy, hearsay, or any other proper ground, or the right to

object to the use or disclosure of any information set forth herein for any purpose, in whole or in

part, in this action or outside of this action.

3.      Plaintiff's Initial Disclosures, as supplemented, are made without waiving the right

to object on any and all proper grounds to any other discovery requests, whether pursuant to the

Federal Rules of Civil Procedure, the Local Civil Rules of the United States District Court for the

Eastern District of Virginia, or otherwise.

4.      Plaintiff's Initial Disclosures, as supplemented, are being made subject to, and

without waiver of, the attorney-client privilege, work product doctrine, or any other applicable

privilege, protection, or immunity from disclosure.

5.      Each of the preceding statements in this Preliminary Statement is incorporated by

reference into each of the specific Initial Disclosures below as though fully set forth therein.

## SUPPLEMENT TO PLAINTIFF'S INITIAL DISCLOSURES

**Rule 26(a)(1)(A)(i): The name and, if known, the address and telephone number of each individual likely to have discoverable information–along long with the subjects of that information–that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

1.      In addition to each of the individuals identified in Deque's previously served

Initial Disclosures, Deque identifies the following individual who shall be contacted in the first

instance through undersigned counsel for Plaintiff.

Michael Kahaian:  Mr. Kahaian is the founding Member and Managing Director of Accurity Group, LLC.  Mr. Kahaian possesses knowledge in the form of expert opinion testimony regarding Deque's damages in this matter.

Dated:  September 6, 2024

**DYKEMA GOSSETT PLLC**

 /s/ Charles W. Chotvacs
Charles W. Chotvacs (VA Bar #70045)
1301 K Street N.W., Suite 1100 West
Washington, D.C. 20005
Telephone: (202) 906-8600
Facsimile: (202) 906-8669
cchotvacs@dykema.com

J. Daniel Harkins (*pro hac vice*)
dharkins@dykema.com
Ryan D. Borelo (*pro hac vice*)
rborelo@dykema.com
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5500
Facsimile: (210) 226-8395

Steven McMahon Zeller (*pro hac vice*)
szeller@dykema.com
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
Telephone: (312) 876-1700
Facsimile: (312) 876-1155

**Bodman PLC**

Justin P. Bagdady (*pro hac vice*)
jbagdady@bodmanlaw.com
201 S. Division Street, Suite 400
Ann Arbor, MI 48104
Telephone: (734) 761-3780

Stephen P. Dunn (*pro hac vice*)
sdunn@bodmanlaw.com
201 W. Big Beaver Road, Suite 500
Troy, MI 48084
Telephone: (248) 743-6000

***Attorneys for Plaintiff Deque Systems Inc.***

3

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **PLAINTIFF DEQUE SYSTEMS INC.'S INITIAL**

**DISCLOSURES**, were served on counsel for BrowserStack, Inc. and BrowserStack Software

Pvt. Ltd., on the date indicated below by email addressed to bjones@cblaw.com;

phaack@martonribera.com; rlifson@cblaw.com; ryan@martonribera.com; and

songmee@martonribera.com.


Dated:  September 6, 2024                             /s/ Charles W. Chotvacs
                                                     Charles W. Chotvacs