# EXHIBIT 5
is filed under seal