**EXHIBIT 6**
is filed under seal