# EXHIBIT 3

**Darling, Spencer M.**

| | |
|---|---|
| **From:** | Bagdady, Justin |
| **Sent:** | Tuesday, September 24, 2024 8:47 AM |
| **To:** | Darling, Spencer M. |
| **Subject:** | FW: Deque Systems Inc. v. Browserstack, Inc. et al |
| **Attachments:** | Benoit Report 9.23.2024.pdf; 2024.09.23 - Yenikomshian Expert Report - Highly Confidential.pdf |

**Justin P. Bagdady**
734-930-2727
JBagdady@BODMANLAW.COM



**From:** Phil Haack <phaack@martonribera.com>
**Sent:** Tuesday, September 24, 2024 12:15 AM
**To:** Zeller, Steven <SZeller@dykema.com>; Chotvacs, Charles <CChotvacs@dykema.com>; Borelo, Ryan <RBorelo@dykema.com>; Harkins, J.Daniel <DHarkins@dykema.com>; Freire, Diego <DFreire@dykema.com>; Gocha, Alan <AGocha@BODMANLAW.COM>; Bagdady, Justin <JBagdady@BODMANLAW.COM>; Dunn, Stephen P. <SDunn@BODMANLAW.COM>
**Cc:** Roman Lifson <Rlifson@cblaw.com>; Belinda Jones <bjones@cblaw.com>; Ryan Marton <ryan@martonribera.com>; Hector Ribera <hector@martonribera.com>; Songmee Connolly <songmee@martonribera.com>; Carolyn Chang <carolyn@martonribera.com>
**Subject:** Deque Systems Inc. v. Browserstack, Inc. et al

**CAUTION:** External Sender.

Counsel,

Please find attached for service the expert report of Paul Benoit and the expert report of Mihran Yenikomshian, both of which are designated under the Protective Order.

BrowserStack's September 23, 2024 production (BROWSERSTACK-VOL002, BROWSERSTACK-00000653 to BROWSERSTACK-00000736) can be found at the link below:

https://martonribera.box.com/s/223u0yekzyfs77h4ks5q0l99dm0551sv

Please note that the production contains materials designated under the Protective Order entered in the case.  A password will be sent separately.

Regards,
Phil

Phil Haack

[Marton Ribera Schumann & Chang LLP](#)

[phil@martonribera.com](#) | (415) 360-2517

NOTICE: This communication may contain confidential, privileged or attorney work product information for the sole use of the intended recipient. Because mistakes can happen, if you believe you are not the intended recipient please notify the sender and delete all copies of this communication, including any attachments. Marton Ribera Schumann & Chang LLP reserves and asserts all confidentiality rights and privileges regarding this communication.