# EXHIBIT 4

# Zeller, Steven

| | |
|---|---|
| **From:** | Phil Haack <phaack@martonribera.com> |
| **Sent:** | Thursday, August 8, 2024 11:08 AM |
| **To:** | Zeller, Steven; Chotvacs, Charles; Freire, Diego; Harkins, J.Daniel; Borelo, Ryan |
| **Cc:** | Ryan Marton; Songmee Connolly; Belinda Jones; Roman Lifson |
| **Subject:** | Deque v. BrowserStack (No. 1:24-cv-00217-AJT-WEF) - BrowserStack Document Production |
| **Categories:** | Filed to ND |

**\*\*\* EXTERNAL\*\*\***

Counsel,

BrowserStack's production (BROWSERSTACK-VOL001, BROWSERSTACK-00000001–BROWSERSTACK-00000652) is available for download at the link below:

https://martonribera.box.com/s/rr71bc588rafqtzrit1irwzsh47jf29f

Please note that certain material has been designated pursuant to the Protective Order and should be handled accordingly. A password will be sent separately.

Regards,
Phil


Phil Haack
Marton Ribera Schumann & Chang LLP
phil@martonribera.com | (415) 360-2517

NOTICE: This communication may contain confidential, privileged or attorney work product information for the sole use of the intended recipient. Because mistakes can happen, if you believe you are not the intended recipient please notify the sender and delete all copies of this communication, including any attachments. Marton Ribera Schumann & Chang LLP reserves and asserts all confidentiality rights and privileges regarding this communication.