UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**DEQUE SYSTEMS INC.,**

    **Plaintiff,**

v.                                                                  Case No. 1:24-CV-00217-AJT-WEF

**BROWSERSTACK, INC.,** and
**BROWSERSTACK SOFTWARE PVT.
LTD.,**

    **Defendants.**

## PLAINTIFF DEQUE SYSTEMS INC.'S
## RULE 26(a)(3) PRETRIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and this Court's Scheduling Order, Plaintiff Deque Systems Inc. ("Deque" or "Plaintiff"), by and through its undersigned counsel, hereby provides its pretrial disclosures.

### LIVE TRIAL WITNESSES

Deque has filed its Witness List concurrently with this filing. Deque reserves the right, to the extent permitted by the Federal Rules of Civil Procedure and this Court, to amend its Witness List, to call any witnesses on Defendants' Witness List, and to call any witnesses necessary for impeachment or rebuttal not listed on Deque's Witness List.

### TESTIMONY BY DEPOSITION

Other than for impeachment purposes, Deque does not anticipate presenting testimony by deposition. However, if a witness becomes unavailable, Deque reserves the right to present testimony by deposition (*see* Deque's Witness List).

## STIPULATION OF UNCONTESTED FACTS

On October 17, 2024, Deque sent to Defendants for consideration a proposed Stipulation of Uncontested Facts in accordance with this Court's Scheduling Order. As of the time of filing, Defendants had not responded to Deque's proposed Stipulation of Uncontested Facts.

## EXHIBIT LIST

Deque has filed its Exhibit List concurrently with this filing. Deque reserves the right, to the extent permitted by the Federal Rules of Civil Procedure and this Court, to amend its Exhibit List; to use any documents necessary for purposes of impeachment, rebuttal, or foundation; and to use any exhibits listed on Defendants' Exhibit List.

\*   \*   \*

Dated: October 17, 2024

**DYKEMA GOSSETT PLLC**

/s/ Charles W. Chotvacs
Charles W. Chotvacs (VSB# 70045)
1301 K Street N.W., Suite 1100 West
Washington, D.C. 20005
Telephone: (202) 906-8600
Facsimile: (202) 906-8669
cchotvacs@dykema.com

Steven McMahon Zeller (*pro hac vice*)
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
Telephone: (312) 876-1700
Facsimile: (312) 876-1155
szeller@dykema.com

J. Daniel Harkins (*pro hac vice*)
Ryan D. Borelo (*pro hac vice*)
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5500
Facsimile: (210) 226-8395
dharkins@dykema.com
rborelo@dykema.com

**Bodman, PLC**

 /s/ Justin P. Bagdady
Justin P. Bagdady (*pro hac vice*)
201 S. Division Street, Suite 400
Ann Arbor, MI 48104
Telephone: (734) 930-2727
Facsimile: (743) 930-2494
jbagdady@bodmanlaw.com

Stephen P. Dunn (*pro hac vice*)
201 W. Big Beaver Road, Suite 500
Troy, MI 48084
Telephone: (248) 743-6031
Facsimile: (248) 743-6002
sdunn@bodmanlaw.com

Alan J. Gocha (*pro hac vice*)
99 Monroe Ave. NW, Suite 300
Grand Rapids, MI 49503
Telephone: (616) 205-4330
agocha@bodmanlaw.com

*Counsel for Plaintiff Deque Systems Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of October, 2024, the foregoing Rule 26(a)(3) Pretrial Disclosures were electronically filed with the Clerk of the Court using the Court's CM/ECF system, which shall send notification of electronic filing to the following counsel for Defendants BrowserStack, Inc. and BrowserStack Software Pvt. Ltd.:

Belinda D. Jones
Roman Lifson
Harley J. McClellan
CHRISTIAN & BARTON, L.L.P.
bjones@cblaw.com
rlifson@cblaw.com
hmcclellan@cblaw.com

Ryan J. Marton
Songmee L. Connolly
Phillip J. Haack
Carolyn Chang
Hector Ribera
MARTON RIBERA SCHUMANN & CHANGE LLP
ryan@martonribera.com
songee@martonribera.com
phaack@martonribera.com
carolyn@martonribera.com
hector@martonribera.com

    /s/ Charles W. Chotvacs
Charles W. Chotvacs

4