# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| DEQUE SYSTEMS, INC., | )<br>)<br>) |
| *Plaintiff*, | )<br>)<br>) |
| v. | ) Civil Action No. 1:24-cv-217(AJT/WEF)<br>)<br>) |
| BROWSERSTACK, INC., et al., | )<br>)<br>) |
| *Defendants*. | )<br>) |

### ORDER

This matter is before the Court on Plaintiff's Motion to Compel Production of Documents (Dkt. 71), Plaintiff's Motion for Extension of Pretrial Deadlines (Dkt. 74), and Defendant's Motion to Strike Expert Report of Michael N. Kahaian (Dkt. 104).

For the reasons stated in open court, it is hereby

**ORDERED** that Plaintiff's Motion to Compel (Dkt. 71) is **GRANTED-IN-PART**. Defendants must produce any "story points," "research engineering solution documents," "technical specification documents," and communications pertaining to the specific code allegedly misappropriated. Since Defendants have represented that they have already produced such material, they are to confirm and certify as much within seven (7) days of the entry of this Order. All other aspects of Plaintiffs' Motion to Compel are **DENIED**; it is further

**ORDERED** that Plaintiff's Motion to Extend (Dkt. 74), having been withdrawn, is **DENIED** as moot; it is further

**ORDERED** that Defendant's Motion to Strike (Dkt. 104) is **DENIED** without prejudice to raise the issues at a later date.

**ENTERED** this 18th day of October, 2024.

/s/ William E. Fitzpatrick
WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia