# EXHIBIT 1

(https://www.deque.com/)

Free Trials    Login



(https://www.deque.com/blog/) » A11y for Developers (https://www.deque.com/blog/category/accessibility-resources-for-developers/)

# Introducing the new axe DevTools Extension's User Flow Analysis feature

Today, we're announcing the beta release of User Flow Analysis, a new feature of the axe DevTools Extension that lets you test entire customer journeys and create a single report with accessibility issues automatically deduplicated.

**Try it now:** New users can sign up for a 14-day free trial (https://axe.deque.com/signup?product=axe-devtools-pro&redirect_uri=https%3A%2F%2Faxe.deque.com%2Faxe-devtools-pro%2Ftrial), expired trial users can reactivate (https://axe.deque.com/axe-devtools-pro/trial), and customers can view the User Flow Analysis documentation. (https://docs.deque.com/devtools-for-web/4/en/user-flow-analysis/)

Businesses today need to test user flows within their applications that represent a critical part of the customer journey, such as an e-commerce purchase process, new user sign up, and Single Page Application (SPA) flow, where specific parts of the page contain many different states.

In the past, testing these complex flows was challenging and time-consuming because many accessibility tools created separate reports for each unique page state.

Now with User Flow Analysis, you can easily and quickly test user flows, dynamic content, and website interactions. No setup is required—just perform the desired user interactions, and the axe DevTools Extension does the rest. The feature will watch your page for changes and kick off scans whenever unique states are detected. Once complete, axe DevTools Extension consolidates accessibility issues into a single, unified report, which lets you triage and prioritize accessibility issues for interaction-heavy widgets or multi-page flows through your application.

User Flow Analysis is designed to significantly reduce the time and effort required for accessibility testing. You can swiftly pinpoint and rectify issues, accelerating your development cycle without compromising accessibility standards.

Watch this quick demo video (https://youtu.be/YCD6fsoZuxc) to see the User Flow Analysis feature in action.



## Analyzing User Flows

As an axe DevTools Extension user with either a "Pro" plan or a free trial, you can automatically analyze each unique state you put your app into while "recording" a new User Flow Analysis.

Once the end of a user flow is reached, you can "stop" the analysis and generate a report with results from each one of the user flow's states.

## How to record a User Flow Analysis

1. From the axe DevTools Extension start screen, click "Scan User Flow" (up to 100 states can be scanned in the beta)



2. An initial, full page scan will automatically be kicked off
3. Once the initial scan has completed, the User Flow Analysis will wait for your input. You can:
    - Change the state of the current page in any way (open modals, drop down menus, expand accordions, activate form controls, etc.)
    - Navigate to different pages
    - Submit forms

4. Once your are done scanning your flow, click "Stop Scanning"

- Your issues will then be deduplicated so you can focus only on the unique issues found during the user flow analysis

5. Click "View Report" to review the unique issues found in each state of the recorded user flow

## Give us your feedback to impact the future of User Flow Analysis

We're releasing this feature in beta so we can learn how to best incorporate this style of testing into existing axe DevTools Extension concepts, like Intelligent Guided Testing. So let us know what you think in our survey (https://www.surveymonkey.com/r/8SB9DXP). Until we hear from our users and understand their needs, this feature will remain in beta. With all the research we've put into creating this feature, we already have enhancements planned to add to this powerful feature, so stay tuned for those!



## About Harris Schneiderman

Harris Schneiderman is a web developer with a strong passion for digital equality. He works at Deque Systems as the Senior Product Manager of axe DevTools building awesome web applications. He wrote Cauldron (Deque's pattern library), Dragon Drop, and is the lead developer on axe DevTools Pro. When he is not at work, he still finds time to contribute to numerous open source projects.

**View all posts by Harris Schneiderman**

## Comments

4 responses

**Biswas** says:
June 5, 2024 at 11:40 am (https://www.deque.com/blog/introducing-the-new-axe-devtools-extensions-user-flow-analysis-feature/#comment-99189)

Hi Harris,

This seems to be very good feature. Is there a plan or scope that user can re-run the same steps again automatically as i noticed there was a recording. When the developer fixes the bug i just want to re-run my steps automatically instead of doing the same thing manually.

**John Scrivner** says:

June 5, 2024 at 2:02 pm (https://www.deque.com/blog/introducing-the-new-axe-devtools-extensions-user-flow-analysis-feature/#comment-99202)

This is fantastic! Do you know when it will cover WCAG 2.2 AA? It appears to fall only under WCAG 2.1 AA presently. Also, will the issues fall under DevTools report within the browser as IGT does?



**Harris Schneiderman** says:
June 7, 2024 at 1:46 pm (https://www.deque.com/blog/introducing-the-new-axe-devtools-extensions-user-flow-analysis-feature/#comment-99422)

Biswas, thank you for the feedback! We are gathering as much input as possible over the next few weeks from users to prioritize what they think is most important. Automatically re-running the recorded steps is definitely at the top of the list for what we plan on enhancing the User Flow Analysis feature with. If you have additional thoughts on what you'd like to see this feature enhanced with, please reach out to us at HelpDesk@deque.com (mailto:helpdesk@deque.com).

Thanks!

**Harris Schneiderman** says: 
June 7, 2024 at 1:51 pm (https://www.deque.com/blog/introducing-the-new-axe-devtools-extensions-user-flow-analysis-feature/#comment-99425)

Hey John! Great to hear from you! Adding support for additional accessibility testing standards is on our roadmap for this feature. I will keep you posted as I have a more clearly defined timeline of when you can expect to see it. The issues found in a User Flow Analysis have their own reports separate

from a traditional saved test report (with IGT issues) currently, but we are hoping to add IGT coverage to the User Flow Analysis feature. Please share any additional thoughts on how you would like this feature to work!

Thanks!

# Related Posts

### A11y for Developers (https://www.deque.com/blog/category/accessibility-resources-for-developers/)

### Axe Reports 2.0: Make better data-driven accessibility decisions at scale (https://www.deque.com/blog/axe-reports-2-0-make-better-data-driven-accessibility-decisions-at-scale/)

Read More

### Company News & Updates (https://www.deque.com/blog/category/deque-news-updates/)

### New features make accessibility testing easier and faster with automation (https://www.deque.com/blog/deque-introduces-three-new-features-to-advance-accessibility-test-automation/)

Read More

### Company News (https://www.deque.com/b news-upda

### Introduci Developer available as DevTools (https://www.deque.com/ developer-hub-now-avail devtools-fo

Read M