# EXHIBIT 18

| ID | EMAIL | EMAIL_CONSTRAINT | EMAIL_VERIFIED | ENABLED | FEDERATION_LINK | FIRST_NAME | LAST_NAME | REALM_ID | USERNAME | CREATED_TIMESTAMP | SERVICE_ACCOUNT_CLIENT_LINK | NOT_BEFORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0277e03f-19d4-4ac0-aee8-81d7477a206f | shambhawi@browserstack.com | shambhawi@browserstack.com | 1 | 1 | | Shambhawi | Sheel | axe | shambhawi@browserstack.com | 1.67E+12 | | 0 |
| 03ff0c8e-c4e9-45e9-8f1d-ccad1efeca43 | harish.k@browserstack.com | harish.k@browserstack.com | 1 | 1 | | Harish | Kumar | axe | harish.k@browserstack.com | 1.65E+12 | | 0 |
| 052b691c-cc59-4e63-956a-8bddf0d81e64 | abhishek.j@browserstack.com | abhishek.j@browserstack.com | 1 | 1 | | Abhishek | Jain | axe | abhishek.j@browserstack.com | 1.62E+12 | | 0 |
| 0aa2c57e-964f-4966-98e3-836029fb25bc | swapnil.a@browserstack.com | swapnil.a@browserstack.com | 1 | 1 | | Swapnil | Agarwwal | axe | swapnil.a@browserstack.com | 1.62E+12 | | 0 |
| 0d8d47ba-40e5-4e04-a222-feac1420bd7c | rohan.de@browserstack.com | rohan.de@browserstack.com | 1 | 1 | | Rohan | Debroy | axe | rohan.de@browserstack.com | 1.69E+12 | | 0 |
| 0dab0bb1-7c53-4a42-a623-4a5e37d9c06e | junaid.k@browserstack.com | junaid.k@browserstack.com | 1 | 1 | | Junaid Raja | Khan | axe | junaid.k@browserstack.com | 1.62E+12 | | 0 |
| 12b7e7f4-804e-4f35-a250-231dc3aec8a1 | nafees.k@browserstack.com | nafees.k@browserstack.com | 1 | 1 | | Nafees | Khan | axe | nafees.k@browserstack.com | 1.62E+12 | | 0 |
| 196051c2-576f-4dea-b4e3-3b8b23637a3e | peter@browserstack.com | peter@browserstack.com | 1 | 1 | | Peter | Muller-Earl | axe | peter@browserstack.com | 1.62E+12 | | 0 |
| 1db36a4b-f90c-458f-9ec0-f12d31bdec48 | shardul.m@browserstack.com | shardul.m@browserstack.com | 1 | 1 | | Shardul | Mohite | axe | shardul.m@browserstack.com | 1.62E+12 | | 0 |
| 1e1bf0f5-0b47-46ac-a823-fe79c62fa14c | anjali.s@browserstack.com | anjali.s@browserstack.com | 1 | 1 | | Anjali | S | axe | anjali.s@browserstack.com | 1.69E+12 | | 0 |
| 1f8661a8-73c7-45d8-83ed-308625afaa77 | saurav.d@browserstack.com | saurav.d@browserstack.com | 1 | 1 | | Saurav | Das | axe | saurav.d@browserstack.com | 1.66E+12 | | 0 |
| 217950b2-32c8-4299-9155-a811f20b0d65 | chinmay.p@browserstack.com | chinmay.p@browserstack.com | 1 | 1 | | Chinmay | Padhye | axe | chinmay.p@browserstack.com | 1.62E+12 | | 0 |
| 25bfde9a-c52b-464a-bcb8-cd570211c237 | sonu.r@browserstack.com | sonu.r@browserstack.com | 1 | 1 | | Sonu | R | axe | sonu.r@browserstack.com | 1.64E+12 | | 1638268844 |
| 25e51235-902f-406b-bd62-eddfb1c319c3 | anay@browserstack.com | anay@browserstack.com | 1 | 1 | | Anay | Prabhudesai | axe | anay@browserstack.com | 1.67E+12 | | 0 |
| 265f6281-3b94-4a8a-8ae0-013bb44cf478 | rushabh@browserstack.com | rushabh@browserstack.com | 1 | 1 | | Rushabh | Mishra | axe | rushabh@browserstack.com | 1.62E+12 | | 0 |
| 28419585-28e2-40fc-8772-4dc56d866e3c | rahul.m@browserstack.com | rahul.m@browserstack.com | 1 | 1 | | Rahul | Mishra | axe | rahul.m@browserstack.com | 1.66E+12 | | 0 |
| 2a576252-f370-439e-9784-f0d5f4992eae | simran.b@browserstack.com | simran.b@browserstack.com | 1 | 1 | | Simran | Bhojwani | axe | simran.b@browserstack.com | 1.61E+12 | | 0 |
| 2a8bf2f1-2d34-46ed-b14d-8c0142780f68 | anshu.h@browserstack.com | anshu.h@browserstack.com | 1 | 1 | | Anshu | Hotchandani | axe | anshu.h@browserstack.com | 1.62E+12 | | 0 |
| 2a98e322-cd54-4015-adc3-f3f28a0f04dd | aditi.th@browserstack.com | aditi.th@browserstack.com | 1 | 1 | | Aditi | Thapliyal | axe | aditi.th@browserstack.com | 1.70E+12 | | 1707979162 |
| 2c2a7d6b-e447-4bff-91b4-c44cb152c768 | kunal.a@browserstack.com | kunal.a@browserstack.com | 0 | 0 | | | | axe | kunal.a@browserstack.com | 1.60E+12 | | 0 |
| 2c340e14-0259-4a6d-8f12-fb23ab989b0c | apurva.p@browserstack.com | apurva.p@browserstack.com | 1 | 1 | | Apurva | Patil | axe | apurva.p@browserstack.com | 1.66E+12 | | 0 |
| 30d9ebae-f951-4e7e-b99b-4a2b2ce7c842 | rajesh@browserstack.com | rajesh@browserstack.com | 1 | 1 | | Rajesh | Chilka | axe | rajesh@browserstack.com | 1.62E+12 | | 1638275570 |
| 31e36d83-4c85-438f-bffe-9479104d7abb | darshana.n@browserstack.com | darshana.n@browserstack.com | 1 | 1 | | Darshana | Nehulkar | axe | darshana.n@browserstack.com | 1.62E+12 | | 0 |
| 32bf4c12-479e-4f1e-af65-ffece313b04f | ribin@browserstack.com | ribin@browserstack.com | 1 | 1 | | Ribin | Roy | axe | ribin@browserstack.com | 1.66E+12 | | 0 |
| 3541fe17-8868-4ab1-ad80-c377323266e7 | lakshya@browserstack.com | lakshya@browserstack.com | 1 | 1 | | Lakshya | Poddar | axe | lakshya@browserstack.com | 1.71E+12 | | 0 |
| 375be2a9-0889-4ccf-a3bf-97a5a75a7b3c8 | amar.a@browserstack.com | amar.a@browserstack.com | 1 | 1 | | Amar | Ahuja | axe | amar.a@browserstack.com | 1.66E+12 | | 1658749720 |
| 379f84c4-35ee-46e0-8c4a-399b451fc7d8 | johnmorrisbrowserstacktrial@gmail.com | johnmorrisbrowserstacktrial@gmail.com | 1 | 1 | | John | Morris | axe | johnmorrisbrowserstacktrial@gmail.com | 1.55E+12 | | 0 |
| 38575f2d-aefd-4304-95aa-a1ef417ce6c3 | shabbir@browserstack.com | shabbir@browserstack.com | 0 | 0 | | Shabbir | Burhanpurwalla | axe | shabbir@browserstack.com | 1.61E+12 | | 0 |
| 396812bd-17b9-4511-8e73-9d1ffa911160 | pratik.z@browserstack.com | pratik.z@browserstack.com | 1 | 1 | | Pratik | Zinjurde | axe | pratik.z@browserstack.com | 1.68E+12 | | 0 |
| 3ccf3442-6eee-4f37-9066-a573d065f69d | bilal@browserstack.com | bilal@browserstack.com | 1 | 1 | | Bilal | Bhojani | axe | bilal@browserstack.com | 1.69E+12 | | 0 |
| 3ec023ce-97d1-4e5a-a427-ee441fec9b95 | umang.a@browserstack.com | umang.a@browserstack.com | 1 | 1 | | Umang | Agarwal | axe | umang.a@browserstack.com | 1.64E+12 | | 0 |
| 45a11c3e-da40-4e8b-875c-b226ee938569 | tushar.sa@browserstack.com | tushar.sa@browserstack.com | 1 | 1 | | Tushar | Sahoo | axe | tushar.sa@browserstack.com | 1.62E+12 | | 0 |
| 47da56ad-9c5b-4aaa-9d9f-17a3a9b401e2 | jaimin.m@browserstack.com | jaimin.m@browserstack.com | 1 | 1 | | Jaimin | Mehta | axe | jaimin.m@browserstack.com | 1.68E+12 | | 0 |
| 4a0f235b-31b6-4d34-bf9c-520570a0df46 | sakshi@browserstack.com | sakshi@browserstack.com | 1 | 1 | | Sakshi | Seth | axe | sakshi@browserstack.com | 1.66E+12 | | 0 |
| 4b3ab58f-29e3-41e8-93d2-ef39e48ecaea | chaitanyakrishna@browserstack.com | chaitanyakrishna@browserstack.com | 1 | 1 | | Chaitanyakrishna | Dukkipaty | axe | chaitanyakrishna@browserstack.com | 1.62E+12 | | 0 |
| 517afbf4-e1c1-4f0b-a3cc-96639073b5e0 | archish@browserstack.com | archish@browserstack.com | 1 | 1 | | Archish | Thakkar | axe | archish@browserstack.com | 1.62E+12 | | 0 |
| 5254690a-ebeb-4067-89af-5e90ba9d0439 | shubham.y@browserstack.com | shubham.y@browserstack.com | 1 | 1 | | Shubham | Yadav | axe | shubham.y@browserstack.com | 1.69E+12 | | 0 |
| 546fd55e-36dd-47f2-bdc0-874939441adc7 | abha@browserstack.com | abha@browserstack.com | 1 | 1 | | Abha | Bhatnagar | axe | abha@browserstack.com | 1.68E+12 | | 0 |
| 549da188-5fa3-4dc7-a6b1-2d6606fdee7d | darshan@browserstack.com | darshan@browserstack.com | 1 | 1 | | Darshan | Chauhan | axe | darshan@browserstack.com | 1.62E+12 | | 0 |
| 565c4c4c-0023-439f-b80e-a2f40e30a6d8 | onkar.m@browserstack.com | onkar.m@browserstack.com | 1 | 1 | | Onkar | Mane | axe | onkar.m@browserstack.com | 1.64E+12 | | 0 |
| 5a5b45af-54bf-43ab-90ef-ea8e14beff6a | ankit.l@browserstack.com | ankit.l@browserstack.com | 1 | 1 | | Ankit | Lodha | axe | ankit.l@browserstack.com | 1.67E+12 | | 0 |
| 5a5f63cc-0d9f-459d-979a-085edee5727f | gary.b@browserstack.com | gary.b@browserstack.com | 1 | 1 | | Gary | Behan | axe | gary.b@browserstack.com | 1.67E+12 | | 0 |
| 5a9da509-f341-4708-ae56-93ce25e89b0d | kush@browserstack.com | kush@browserstack.com | 1 | 1 | | Kush | Shah | axe | kush@browserstack.com | 1.61E+12 | | 1638269345 |
| 5dcbf0fe-2deb-41f8-9533-7f7a450e24c5 | puneet.m@browserstack.com | puneet.m@browserstack.com | 1 | 1 | | Puneet | Meghrajani | axe | puneet.m@browserstack.com | 1.67E+12 | | 0 |
| 5e286d10-5433-4ef5-842b-879fdd4246b6 | mahak.g@browserstack.com | mahak.g@browserstack.com | 1 | 1 | | Mahak | Gumber | axe | mahak.g@browserstack.com | 1.64E+12 | | 0 |
| 625fddb9-b6d5-4cca-8a3e-55ed1004b890 | ankit.p@browserstack.com | ankit.p@browserstack.com | 1 | 1 | | Ankit | Prajapati | axe | ankit.p@browserstack.com | 1.64E+12 | | 0 |
| 6304f7e4-2e49-4be5-ac33-cd64676bfb04 | aniruddha@browserstack.com | aniruddha@browserstack.com | 1 | 1 | | Aniruddha | Nath | axe | aniruddha@browserstack.com | 1.62E+12 | | 0 |
| 6bf2503c-2a51-48cb-89b3-a2fd0e3ba5a3 | usman@browserstack.com | usman@browserstack.com | 1 | 1 | | Usman | Shaikh | axe | usman@browserstack.com | 1.68E+12 | | 0 |
| 6cdce1af-b267-4120-b359-7eb5ffa36d87 | yash.d@browserstack.com | yash.d@browserstack.com | 1 | 1 | | Yash | Dhanuka | axe | yash.d@browserstack.com | 1.66E+12 | | 0 |
| 6fc80d77-489a-4745-accd-461073a8606b | apurv@browserstack.com | apurv@browserstack.com | 1 | 1 | | Apurv | Jain | axe | apurv@browserstack.com | 1.66E+12 | | 0 |
| 72186016-3b08-40b3-9124-96237e79d1ef | vigneshwar@browserstack.com | vigneshwar@browserstack.com | 1 | 1 | | Vigneshwar | Krishnamurthy | axe | vigneshwar@browserstack.com | 1.67E+12 | | 0 |
| 754a27cd-a0b1-4ff0-9ff1-f2d5acdffce1 | santhosh.m@browserstack.com | santhosh.m@browserstack.com | 1 | 1 | | santhosh | Marsaline | axe | santhosh.m@browserstack.com | 1.66E+12 | | 0 |
| 75eadc3a-18da-4822-a440-02dfcee274bb | bipin@browserstack.com | bipin@browserstack.com | 1 | 1 | | Bipin | Singh | axe | bipin@browserstack.com | 1.62E+12 | | 0 |
| 764e27e0-0da2-4f57-a009-773fc8bd5589 | sunil.l@browserstack.com | sunil.l@browserstack.com | 0 | 0 | | A | S | axe | sunil.l@browserstack.com | 1.70E+12 | | 0 |
| 781d6e02-138d-4642-ae42-f0c19de2d899 | henry@browserstack.com | henry@browserstack.com | 0 | 0 | | | | axe | henry@browserstack.com | 1.59E+12 | | 0 |
| 791708c7-dcf0-438f-a05f-f8321cb7e591 | mikul@browserstack.com | mikul@browserstack.com | 1 | 1 | | Mikul | Patel | axe | mikul@browserstack.com | 1.62E+12 | | 0 |
| 7a284e26-2b46-48e7-958b-f941033b0adb | chandan@browserstack.com | chandan@browserstack.com | 1 | 1 | | Chandan | Kumar | axe | chandan@browserstack.com | 1.55E+12 | | 0 |
| 7abc37c7-df61-47bc-ab5e-b45dc06db3d4 | aarti@browserstack.com | aarti@browserstack.com | 1 | 1 | | Aarti | Bhagtani | axe | aarti@browserstack.com | 1.62E+12 | | 0 |
| 7cfe9da0-d664-4533-8640-8dc17aaf6813 | vaishali@browserstack.com | vaishali@browserstack.com | 1 | 1 | | Vaishali | Yadav | axe | vaishali@browserstack.com | 1.66E+12 | | 0 |
| 7f159226-4241-4077-b02e-f3b87f637788 | manoj@browserstack.com | manoj@browserstack.com | 1 | 1 | | Manoj | Gupta | axe | manoj@browserstack.com | 1.62E+12 | | 0 |
| 7f38d2d3-ebb6-4f22-a261-98780f7d3cb6 | vishal.sh@browserstack.com | vishal.sh@browserstack.com | 1 | 1 | | Vishal | Shah | axe | vishal.sh@browserstack.com | 1.62E+12 | | 0 |
| 7f8ced26-7f2b-4412-a1c7-05a5d7453cfe | hakimuddin.h@browserstack.com | hakimuddin.h@browserstack.com | 1 | 1 | | Hakimuddin | Haweliwala | axe | hakimuddin.h@browserstack.com | 1.55E+12 | | 0 |
| 869673db-b13c-4fd4-a545-456e54f365bb | bhushan.k@browserstack.com | bhushan.k@browserstack.com | 1 | 1 | | Bhushan | Khanale | axe | bhushan.k@browserstack.com | 1.62E+12 | | 0 |
| 87b2eeff-4b3a-435f-b3f0-c18720257e16 | upesh@browserstack.com | upesh@browserstack.com | 1 | 1 | | Upesh | Vishwakarma | axe | upesh@browserstack.com | 1.62E+12 | | 0 |
| 8986977e-a55f-4987-9a55-a3c0f3e27e75 | harshith@browserstack.com | harshith@browserstack.com | 1 | 1 | | Harshith | M | axe | harshith@browserstack.com | 1.69E+12 | | 0 |
| 8a376765-fabc-49d1-90b4-cde3b6d019ce | alex.s@browserstack.com | alex.s@browserstack.com | 1 | 1 | | Alex | Shaji | axe | alex.s@browserstack.com | 1.67E+12 | | 0 |
| 8a7a94e1-c6d7-4b01-aa92-7f51ca1540a6 | akanksha@browserstack.com | akanksha@browserstack.com | 1 | 1 | | Akanksha | Verma | axe | akanksha@browserstack.com | 1.62E+12 | | 0 |
| 8b0b8413-cb97-4a3b-9d5a-5841129ec149 | rajeev@browserstack.com | rajeev@browserstack.com | 1 | 1 | | Rajeev | Nair | axe | rajeev@browserstack.com | 1.70E+12 | | 0 |
| 8c95c969-2a15-4084-a1af-3290da1bbaef | dheeraj@browserstack.com | dheeraj@browserstack.com | 1 | 1 | | Dheeraj Singh | Rajput | axe | dheeraj@browserstack.com | 1.66E+12 | | 0 |
| 8ef1cf45-4e7d-4867-8c2f-380866e96e08 | tridib@browserstack.com | tridib@browserstack.com | 1 | 1 | | Tridib | Maitra | axe | tridib@browserstack.com | 1.62E+12 | | 0 |
| 8f101c84-3592-4356-ae32-c6691ffe1e89 | ashish.p@browserstack.com | ashish.p@browserstack.com | 1 | 1 | | Ashish | Pandey | axe | ashish.p@browserstack.com | 1.70E+12 | | 0 |
| 94eb8ac1-3b28-4269-92d8-9aaef53d70a5 | aliakbar.a@browserstack.com | aliakbar.a@browserstack.com | 1 | 1 | | Aliakbar | Attarwala | axe | aliakbar.a@browserstack.com | 1.62E+12 | | 0 |
| 9b3bf0c4-15c8-475c-aeb7-0c68b3493a0e | parag@browserstack.com | parag@browserstack.com | 1 | 1 | | Parag | Gupta | axe | parag-browserstack | 1.66E+12 | | 0 |
| 9d75c5f1-6821-4a9b-919d-3fe157f74084 | ashish.j@browserstack.com | ashish.j@browserstack.com | 1 | 1 | | Ashish | Jain | axe | ashish.j@browserstack.com | 1.62E+12 | | 0 |
| 9ef285b8-11ff-4d97-b96a-04076c51d012 | dhaval@browserstack.com | dhaval@browserstack.com | 1 | 1 | | Dhaval | Savani | axe | dhaval@browserstack.com | 1.67E+12 | | 0 |
| a2184799-6f15-46e3-a224-522a3aa754cb | burhanuddin.m@browserstack.com | burhanuddin.m@browserstack.com | 1 | 1 | | Burhanuddin | Madraswala | axe | burhanuddin.m@browserstack.com | 1.63E+12 | | 0 |
| a23a5788-daba-4aac-9708-a9b034f9dcb3 | abhi.s@browserstack.com | abhi.s@browserstack.com | 1 | 1 | | Abhi | Singh | axe | abhi2810 | 1.69E+12 | | 0 |
| a459ea92-3688-4f4a-bf60-47848b6516f9 | arpit.ja@browserstack.com | arpit.ja@browserstack.com | 1 | 1 | | Arpit Vinod | Jain | axe | arpit.ja@browserstack.com | 1.67E+12 | | 0 |
| a8013542-fd0b-43e4-a8b5-0af2107c4983 | aman@browserstack.com | aman@browserstack.com | 1 | 1 | | Aman | Pandey | axe | aman@browserstack.com | 1.62E+12 | | 0 |
| a836ff15-41df-4358-b4aa-05d723781bae | hemant.y@browserstack.com | hemant.y@browserstack.com | 1 | 1 | | Hemant | Yadav | axe | hemant.y@browserstack.com | 1.68E+12 | | 0 |
| abd4e875-11d2-4cac-83ea-1da0c088cab5 | nayana@browserstack.com | nayana@browserstack.com | 1 | 1 | | Nayana | Gupta | axe | nayana@browserstack.com | 1.58E+12 | | 0 |
| ac558cfa-598a-4c14-9dc9-0409d29a01f7 | shagun@browserstack.com | shagun@browserstack.com | 1 | 1 | | Shagun | Marotiya | axe | shagun@browserstack.com | 1.68E+12 | | 0 |
| ace66777-fd24-443b-aa84-49c36345247e | sachin.p@browserstack.com | sachin.p@browserstack.com | 1 | 1 | | Sachin | Pundir | axe | sachin.p@browserstack.com | 1.69E+12 | | 0 |
| b91c9fba-1b5f-48fb-bd7c-fcde6d98672a | prateek.b@browserstack.com | prateek.b@browserstack.com | 1 | 1 | | Prateek | Bhiwapurkar | axe | prateek.b@browserstack.com | 1.66E+12 | | 0 |
| b965b48e-0695-4cb8-a7a4-f0bce3f9b485 | darshak@browserstack.com | darshak@browserstack.com | 1 | 1 | | Darshak | Nanda | axe | darshak@browserstack.com | 1.62E+12 | | 0 |
| bd897461-de3a-41b0-94dd-eb29e44981c8 | dhruv.r@browserstack.com | dhruv.r@browserstack.com | 1 | 1 | | Dhruv | Rana | axe | dhruv.r@browserstack.com | 1.66E+12 | | 0 |
| bec6a2cd-9465-4d2e-b5c6-a42192ed80dd | akhil.c@browserstack.com | akhil.c@browserstack.com | 1 | 1 | | Akhil | Cherian | axe | akhil.c@browserstack.com | 1.62E+12 | | 0 |
| bf4dcc30-3050-4835-a6b4-5cb260f423f9 | web@browserstack.com | web@browserstack.com | 1 | 1 | | Web | User | axe | web@browserstack.com | 1.55E+12 | | 0 |
| c00db22d-215d-4e71-bf94-91e0dc7e9c9a | aditya.ga@browserstack.com | aditya.ga@browserstack.com | 1 | 1 | | Aditya | Gajender | axe | aditya.ga@browserstack.com | 1.68E+12 | | 0 |
| c46b081b-47dc-4d04-a228-a3559e80cf51 | vipul.c@browserstack.com | vipul.c@browserstack.com | 1 | 1 | | Vipul | Chakravarthy | axe | vipul.c@browserstack.com | 1.67E+12 | | 0 |
| c62d35fa-eff8-47b4-b53e-2bb19ac0bd75 | ashish.s@browserstack.com | ashish.s@browserstack.com | 1 | 1 | | Ashish | Sharma | axe | ashish.s@browserstack.com | 1.72E+12 | | 0 |
| caeba89d-f899-4be5-8e10-d5fe36ff8ce8 | robin.n@browserstack.com | robin.n@browserstack.com | 1 | 1 | | Robin | N | axe | robin.n@browserstack.com | 1.61E+12 | | 1638342732 |
| cc0431fe-b844-428b-855c-9e9b8631f8b0 | arnav.p@browserstack.com | arnav.p@browserstack.com | 1 | 1 | | Arnav | Palnitkar | axe | arnav.p@browserstack.com | 1.69E+12 | | 0 |
| cc7a65a7-1da4-44b0-b1d4-610d22f7911c | bhavika.t@browserstack.com | bhavika.t@browserstack.com | 1 | 1 | | Bhavika | Tibrewal | axe | bhavika.t@browserstack.com | 1.69E+12 | | 0 |
| cd1a199c-3613-4179-9ea9-db4e6687aac8b | shashank.g@browserstack.com | shashank.g@browserstack.com | 1 | 1 | | Shashank | Gollapally | axe | shashank.g@browserstack.com | 1.69E+12 | | 0 |
| cdc28029-4148-4003-9a59-f9a69d977412 | arsalan.k@browserstack.com | arsalan.k@browserstack.com | 1 | 1 | | Arsalan | Khan | axe | arsalan.k@browserstack.com | 1.55E+12 | | 0 |
| cdecdd5d-4acd-48e7-9b1e-548eac13ec4a | sangam.an@browserstack.com | sangam.an@browserstack.com | 1 | 1 | | Sangam | Angre | axe | sangam.an@browserstack.com | 1.63E+12 | | 0 |
| ce2d7adb-98c1-484e-8804-f1563af555f6 | naman.s@browserstack.com | naman.s@browserstack.com | 1 | 1 | | Naman | Samra | axe | naman.s@browserstack.com | 1.69E+12 | | 0 |

| ID | Email | Email2 | A | B | First | Last | Type | Email3 | Num | Val |
|---|---|---|---|---|---|---|---|---|---|---|
| d058b02e-64b8-445c-8e41-b30a1ee8c5e4 | mohit.p@browserstack.com | mohit.p@browserstack.com | 1 | 1 | Mohit | Peshwani | axe | mohit.p@browserstack.com | 1.67E+12 | 0 |
| d13bd493-c89d-4aad-a531-c13a858c93d8 | debasmriti@browserstack.com | debasmriti@browserstack.com | 1 | 1 | Debasmriti | Ghosh | axe | debasmriti@browserstack.com | 1.63E+12 | 0 |
| d2daa93f-1cc4-43e2-9d6a-2d92f637b1fa | akshay.d@browserstack.com | akshay.d@browserstack.com | 1 | 1 | Akshay | Damodaran | axe | akshay.d@browserstack.com | 1.62E+12 | 0 |
| d6fd8edf-77ff-4ebc-8f27-0e2eefdbd130 | stebin@browserstack.com | stebin@browserstack.com | 1 | 1 | BrowserStack | Inc | axe | stebin@browserstack.com | 1.62E+12 | 1638269922 |
| d9a9ef69-ed3e-4195-8872-62daa745bcba | abhishek.jha@browserstack.com | abhishek.jha@browserstack.com | 1 | 1 | Abhishek | Jha | axe | abhishek.jha@browserstack.com | 1.64E+12 | 0 |
| da9696d4-033c-41d5-9321-a85eb9b9f541 | sourav.k@browserstack.com | sourav.k@browserstack.com | 1 | 1 | Sourav | Kundu | axe | sourav.k@browserstack.com | 1.62E+12 | 0 |
| dab0f243-fb42-4cf2-9a3d-9e8ebb9b62b3 | naman.c@browserstack.com | naman.c@browserstack.com | 1 | 1 | Naman | Chaturvedi | axe | naman.c@browserstack.com | 1.68E+12 | 0 |
| e33e808a-3413-4c94-babc-155fb5390d26 | naresh@browserstack.com | naresh@browserstack.com | 1 | 1 | Naresh | Kanvadiya | axe | naresh@browserstack.com | 1.62E+12 | 0 |
| e3f16c9f-640e-472a-9425-85b08868fb1d | shiwali.b@browserstack.com | shiwali.b@browserstack.com | 1 | 1 | Shiwali | Bansal | axe | shiwali.b@browserstack.com | 1.64E+12 | 0 |
| e79ebfaa-9d31-4d92-86e6-154f436b20e1 | raafi@browserstack.com | raafi@browserstack.com | 1 | 1 | Raafi | Mohammed | axe | raafi@browserstack.com | 1.62E+12 | 0 |
| ee038a7a-54f6-4d2e-99f6-300fb8cb5d98 | shubham.du@browserstack.com | shubham.du@browserstack.com | 1 | 1 | Shubham | Dubey | axe | shubham.du@browserstack.com | 1.69E+12 | 0 |
| ee5baca6-fae6-47f7-949e-1c516664e1fb | vivek.j@browserstack.com | vivek.j@browserstack.com | 1 | 1 | Vivek | Jagtap | axe | vivek.j@browserstack.com | 1.62E+12 | 0 |
| ee9353a0-096e-4d6d-a59e-805dfa0625fb | tushar@browserstack.com | tushar@browserstack.com | 1 | 1 | Tushar | Jumani | axe | tushar@browserstack.com | 1.71E+12 | 0 |
| f1cb3398-2ff0-416a-8774-66e485af3438 | raju@browserstack.com | raju@browserstack.com | 1 | 1 | Raju | Kamble | axe | raju@browserstack.com | 1.68E+12 | 0 |
| f2293cbe-e1cc-4249-b3ab-46e36237cbbd | kaustubh.s@browserstack.com | kaustubh.s@browserstack.com | 1 | 1 | Kaustubh | Saxena | axe | kaustubh.s@browserstack.com | 1.66E+12 | 0 |
| f2376363-9ffe-4bb0-97ae-313c08756c86 | phagun@browserstack.com | phagun@browserstack.com | 1 | 1 | Phagun | Bakshi | axe | phagun@browserstack.com | 1.66E+12 | 0 |
| f29677dd-ff4e-4421-a0b7-b3ae95280249 | anviksha@browserstack.com | anviksha@browserstack.com | 1 | 1 | Anviksha | Singh | axe | anviksha@browserstack.com | 1.62E+12 | 0 |
| f38b7cb6-8977-48dd-a03e-a4903f572260 | akshay.k@browserstack.com | akshay.k@browserstack.com | 1 | 1 | Akshay | Kumar | axe | akshay.k@browserstack.com | 1.68E+12 | 0 |
| f9f527d6-6e23-4d9f-9c16-6cfff9f48646 | sadaat@browserstack.com | sadaat@browserstack.com | 1 | 1 | Sadaat | M | axe | sadaat@browserstack.com | 1.64E+12 | 1638276638 |
| fa445b79-ad18-4ce7-a070-f8f409e196c7 | chinmay.m@browserstack.com | chinmay.m@browserstack.com | 1 | 1 | Chinmay | Maheshwari | axe | chinmay.m@browserstack.com | 1.65E+12 | 0 |
| fb1fa9b8-0010-4c4e-95d0-9538ef3cc2d3 | ritika.g@browserstack.com | ritika.g@browserstack.com | 1 | 1 | Ritika | Gupta | axe | ritika.g@browserstack.com | 1.67E+12 | 0 |
| fee12c4e-39bd-4725-96d2-27b533faca1c | zeeshan@browserstack.com | zeeshan@browserstack.com | 1 | 1 | Zeeshan | Nevrekar | axe | zeeshan@browserstack.com | 1.71E+12 | 0 |