UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

DEQUE SYSTEMS INC.

        Plaintiff,

v.

BROWSERSTACK, INC., and
BROWSERSTACK SOFTWARE PVT. LTD.,

        Defendants.

Case No. 1:24-cv-00217-AJT-WEF

## DEFENDANTS' MOTIONS *IN LIMINE*

Defendants BrowserStack, Inc. and BrowserStack Software Pvt. Ltd. (collectively, "Defendants" or "BrowserStack") hereby respectfully submit to the Court their Motions *in Limine* ("Motions *in Limine*"). The grounds and authorities in support of BrowserStack's Motions *in Limine* are set forth in detail in the Memorandum in Support of Defendants' Motions *in Limine*, and supporting documents, filed this same day.

A Proposed Order granting Defendants' Motions *in Limine* is attached hereto as Exhibit A.

Dated: December 12, 2024

Respectfully submitted,

/s/   Belinda D. Jones
Belinda D. Jones (VSB No. 72169)
bjones@cblaw.com
Roman Lifson (VSB No. 43714)
rlifson@cblaw.com
Christian & Barton, L.L.P.
901 East Cary Street, Suite 1800
Richmond, Virginia 23219-3095
Tel.:        (804) 697-4100
Fax:        (804) 697-4112

1

Ryan J. Marton (*pro hac vice* admitted)
ryan@martonribera.com
Songmee L. Connolly (*pro hac vice* admitted)
songmee@martonribera.com
Phillip J. Haack (*pro hac vice* admitted)
phaack@martonribera.com
Carolyn Chang (*pro hac vice* admitted)
carolyn@martonribera.com
Hector Ribera (*pro hac vice* admitted)
hector@martonribra.com
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Telephone:      (415) 360-2515

*Attorneys for Defendants BrowserStack, Inc. and BrowserStack Software India Pvt. Ltd.*