# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

| | |
|---|---|
| Authorized Person(s): | Charles W. Chotvacs |
| | Justin P. Bagdady |
| | |
| | |
| Electronic Device(s): | (1) cell phone per authorized person |
| | (1) laptop computer per authorized person |
| | |
| Purpose and Location Of Use: | SJ Hearing before Judge Trenga - Courtroom 900 |
| Case Name: | Deque Systems Inc. v. BrowserStack, Inc., et al. |
| Case No.: | 1:24-cv-00217-AJT-WEF |
| Date(s) Authorized: | December 20, 2024 |
| IT Clearance Waived: | __X__ (YES)    _____ (NO) |

**APPROVED BY:**

Date:_____        _____
                                    United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:        _____   _____
                     IT Staff Member                           Date(s)

**IT clearance must be completed, unless waived, before court appearance.**