# EXHIBIT 2
is filed under seal