UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DEQUE SYSTEMS INC.,
*Plaintiff*,

v.

BROWSERSTACK, INC., ET AL,
*Defendant.*

No. 1:24-cv-217-AJT-WEF

## ORDER

This matter is before the Court on various sealing motions made by the parties in connection with their Motions for Summary Judgment and Browserstack's Motions *in Limine* (Dkts. 143, 148, 158, 167, 174, 182, 188, 205, 216). Pursuant to the Court's Order dated February 7, 2025 (Dkt. 255), the parties submitted revised sealing requests (Dkts. 279, 280, 288, 289) and a hearing on the Motions was held on March 7, 2025.

Upon consideration of the parties' submissions, the First Amendment sealing standard, and for the reasons stated in open court, it is hereby

**ORDERED** that that Court makes the following rulings as to the Motions (Dkts. 143, 148, 158, 167, 174, 182, 188, 205, 216):

### Dkt. 143 Defendants' Motion to Seal (RE Defendant's Motion for Summary Judgment) – GRANTED as amended

| Ref. No. | Docket entry | Description | Status | Ruling |
|---|---|---|---|---|
| 1 | 145 | Unredacted brief in support of Defendants' Motion for Summary Judgment | Both parties sealing requests withdrawn | [Unredacted to be unsealed] |
| 2 | 145-1 | Unredacted Jain declaration | Defendants sealing request withdrawn | [Unredacted to be unsealed] |

| 3 | 145-2 | Ex. 8 Marton declaration (Barrell excerpts) | Plaintiff sealing request withdrawn | [Unredacted to be unsealed] |
|---|---|---|---|---|
| 4 | 145-3 | Ex. 9 Marton declaration (Kumar excerpts) | Plaintiff's request sealing of two customer names | **GRANTED** |
| 5 | 145-4 | Ex. 10 Marton declaration (Schneiderman excerpts) | Plaintiff sealing request withdrawn | [Unredacted to be unsealed] |
| 6 | 145-5 | Ex. 11 Marton declaration (Sinha excerpts) | Plaintiff sealing request withdrawn | [Unredacted to be unsealed] |
| 7 | 145-6 | Ex. 12 Marton declaration (000211 Appendix Speed Improvement Calculation) | Defendants sealing request withdrawn | [Unredacted to be unsealed] |

### Dkt. 148 Plaintiff's Motion to Seal (RE Plaintiff's Motion for Summary Judgment) – GRANTED as amended IN PART

| Ref. No. | Docket entry | Description | Status | Ruling |
|---|---|---|---|---|
| 8 | 150 | Unredacted brief in support of Plaintiff's Motion for Summary Judgment | Both parties sealing requests withdrawn | [Unredacted to be unsealed] |
| 9 | 150-1, 150-2 | Ex. 1, 1a – 0000001 – Req. Doc. | Defendants maintain sealing request | **GRANTED** |
| 10 | 150-3 | Ex. 7 – unredacted Kumar declaration | Court ordered under seal | - |
| 11 | 150-4 | Ex. 12 – Arora deposition excerpts | Defendants proposed redactions (Dkt. 280-1) | **GRANTED** |
| 12 | 150-5 | Ex. 13 – Jain deposition excerpts | Defendants proposed redactions (Dkt. 280-2) | **GRANTED EXCEPT to the extent that redacted material is already discussed in Summary Judgment opinion (Dkt. 237)** |
| 13 | 150-6 | Ex. 14 – Doshi deposition excerpts | Defendants proposed redactions (Dkt. 280-3) | **GRANTED** |
| 14 | 150-7 | Ex. 15 – Sethi deposition excerpts | Defendants sealing request withdrawn | [Unredacted to be unsealed] |

| 15 | 150-8 | Ex. 16 – Shukla deposition excerpts | Defendants sealing request withdrawn | [Unredacted to be unsealed] |
|---|---|---|---|---|
| 16 | 150-9 | Ex. 17 – 0000030 "Accessibility Testing – Evaluation" | Defendants maintain sealing request | **GRANTED** |
| 17 | 150-10 | Ex. 23 – 0000202 – "Accessibility testing – Pricing page copy" | Defendants proposed redactions (Dkt. 280-4) | **GRANTED** |
| 18 | 150-11 | Ex. 24 – Deque proposal / quote | Court ordered under seal | - |
| 19 | 150-12 | Ex. 12 – Yenikomshian expert report | Defendants proposed redactions (Dkt. 280-5) | **GRANTED** |
| 20 | 150-13 | Ex. 28 – Deque document on IGT usage timeline | Defendants sealing request withdrawn | [Unredacted to be unsealed] |

### Dkt. 158 / 174 - Plaintiff's Motion to Seal (RE Plaintiff's Opposition to Defendants' Motion for Summary Judgment) – GRANTED as amended IN PART

| Ref. No. | Docket entry | Description | Status | Ruling |
|---|---|---|---|---|
| 21 | 160 | Unredacted opposition to Defendants' Motion for Summary Judgment | Both parties' sealing request withdrawn [all designated by Defendants] | [Unredacted to be unsealed] |
| 22 | 160-1 | Ex. 3 – 0000653 - Financials | Court ordered under seal | - |
| 23 | 160-2 | Ex. 5 – Doshi deposition Excerpts | Defendants proposed redactions (Dkt. 280-6) | **GRANTED** |
| 24 | 160-3 | Ex. 6 – Deque R. 56 declaration | Defendants proposed redactions (Dkt. 280-7) | **GRANTED** |
| 25 | 157-7 / 173 | Ex. 7 – unredacted second supplement to Plaintiff's initial disclosures | Defendants proposed redactions (Dkt. 280-8) | **GRANTED EXCEPT** to the extent that redacted material is already discussed in Summary Judgment opinion (Dkt. 237) |
| 26 | 160-4 | Ex. 8 – Kahaian expert report | Court ordered under seal – Defendants proposed redactions (Dkt. 280-9) | **GRANTED EXCEPT** to the extent that redacted material is already discussed in Summary Judgment opinion |

| | | | | (Dkt. 237) |
|---|---|---|---|---|
| 27 | 160-5 | Ex. 9 – 00000652 – Installs by region | Court ordered under seal | - |
| 28 | 160-6 | Ex. 10 – 0000017 – Financials | Court ordered under seal | - |
| 29 | 160-7 | Ex. 11 – Shukla depo excerpts | Defendants' sealing request withdrawn | [Unredacted to be unsealed] |

### Dkt. 167 - Defendants' Motion to Seal (RE Defendants' Opposition to Plaintiff's MSJ) – GRANTED AS AMENDED

| Ref. No. | Docket entry | Description | Status | Remarks |
|---|---|---|---|---|
| 30 | 169 | Unredacted Defendant's opposition to Plaintiff's Motion for Summary Judgment | Defendants proposed redactions (Dkt. 280-10) | **GRANTED** |
| 31 | 169-1 | Unredacted Appendix A to Defendant's opposition to Plaintiff's Motion for Summary Judgment | Defendants sealing request withdrawn | [Unredacted to be unsealed] |
| 32 | 170 | Unredacted Marton Opposition Declaration (Schneiderman deposition description) | Plaintiffs sealing request withdrawn | [Unredacted to be unsealed] |
| 33 | 170-1 | Ex. 19 to Marton Opposition Declaration (DEQUE000001-0000025) | Plaintiff requests redaction of revenue info / customer names only | **GRANTED** |
| 34 | 170-2 | Ex. 20 to Marton Opposition Declaration (Schneiderman deposition Excerpts | Plaintiff requests redaction of customer names only | **GRANTED** |
| 35 | 171 | Unredacted | Defendants propose | **GRANTED** |

| | | Yenikomshian Declaration | redactions (Dkt. 280-11) | |
|---|---|---|---|---|
| 36 | 171-1 | Ex. 1 to Yenikomshian Declaration | Defendants sealing request withdrawn | **GRANTED** |
| 37 | 172 | Unredacted Jain Opp. Declaration | Defendants sealing request withdrawn | **GRANTED** |

### Dkt. 182 - Defendants' Motion to Seal (re Defendants' Motion for Summary Judgment) – GRANTED as amended IN PART

| Ref. No. | Docket entry | Description | Status | Ruling |
|---|---|---|---|---|
| 38 | 184 | Unredacted memo in support of Defendants' Motion *in Limine* | Plaintiff requests redaction of customer names only | **GRANTED** |
| 39 | 185 | Unredacted Marton Motion *in Limine* declaration | Both parties' sealing requests withdrawn | [Unredacted to be unsealed] |
| 40 | 185-1 | Ex. 6 to Marton Motion *in Limine* declaration | Defendants propose redactions (same as Dkt. 157-7, Ref. No. 25) – (Dkt. 280-12) | **GRANTED EXCEPT** to the extent that redacted material is already discussed in MSJ opinion (Dkt. 237) |
| 41 | 185-2 | Ex. 12 to Marton Motion *in Limine* declaration (Kumar excerpts) | Plaintiff requests redaction of customer names only | **GRANTED** |
| 42 | 185-3 | Ex. 13 to Marton Motion *in Limine* declaration (Schneiderman excerpts) | Plaintiff withdraws sealing request | [Unredacted to be unsealed] |
| 43 | 185-4 | Ex. 14 to Marton Motion *in Limine* declaration (Sinha excerpts) | Plaintiff withdraws sealing request | [Unredacted to be unsealed] |

### Dkt. 188 – Plaintiff's Motion to Seal (Plaintiff's Reply in Support of Plaintiff's Motion for Summary Judgment) – DENIED AS MOOT

| Ref. No. | Docket entry | Description | Status | Ruling |
|---|---|---|---|---|
| 44 | 190 | Unredacted reply in support of | Both parties' sealing requests withdrawn | [Unredacted to be unsealed] |

|  |  | Plaintiff's Motion for Summary Judgment |  |  |
|---|---|---|---|---|

### Dkt. 205 – Plaintiff's Motion to Seal (Plaintiff's Opposition to Defendants' Motion *in Limine* – DENIED AS MOOT

| Ref. No. | Docket entry | Description | Status | Ruling |
|---|---|---|---|---|
| 45 | 207 | Unredacted opposition to Defendants' Motion *in Limine* | Both parties' sealing requests withdrawn | [Unredacted to be unsealed] |

### Dkt. 216 – Defendants' Motion to Seal (Defendants' Reply in Support of Defendants' Motion *in Limine*) – GRANTED as amended

| Ref. No. | Docket entry | Description | Status | Ruling |
|---|---|---|---|---|
| 46 | 218 | Unredacted reply in support of Defendants' Motion *in Limine* | Defendants proposed redactions (Dkt. 280-13). Plaintiffs also seek to redact only customer names | **GRANTED** |
| 47 | 219 | Ex. 2 to Marton Reply Decl. (DEQUE009921-9966) | Plaintiff withdraws sealing request | [Unredacted to be unsealed] |

And it is further

**ORDERED** that the parties will re-file the above briefings and exhibits[1] as consistent with the Court's rulings within **seven (7)** days of the entry of this Order; and it is further

**ORDERED** that the parties will review, and if necessary, revise the pending Motions to Seal relating to the Motions for Attorneys' Fees and Reconsideration (Dkts. 246, 257, 264, 271, 282) as consistent with the Court's rulings above within **seven (7)** days of the entry of this Order.

**ENTERED** this 7th day of March, 2025.

---

[1] For the sake of simplicity, the parties are directed to refile all of the briefing related to the Motions for Summary Judgment and Browserstack's Motions *in Limine* consistent with this Order. The filing may be made in one docket entry if so desired.

*William C. Fitzpatrick*
WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia