UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**DEQUE SYSTEMS INC.**,

    **Plaintiff,**

v.

**BROWERSTACK, INC., et al.**

    **Defendants.**

Case No.: 24-cv-00217
Hon. Anthony J. Trenga
Mag. William Fitzpatrick

_____

### NOTICE OF APPEAL ON BEHALF OF DEQUE SYSTEMS INC.

Notice is hereby given that Plaintiff-Appellant, DEQUE SYSTEMS INC., hereby appeals under 28 U.S.C. § 1291 to the United States Court of Appeals for the Fourth Circuit from the January 13, 2025 Order Granting Defendants' Motion for Summary Judgment, Denying Plaintiff's Motion for Summary Judgment, and Denying all other Motions *In Limine* as moot, issued by Judge Anthony J. Trenga. A copy of the Opinion and Order is attached hereto as Exhibit A.

The within Notice of Appeal is brought pursuant to Federal Rules of Appellate Procedure 3 and 4. The within Notice of Appeal is timely filed pursuant to FRAP 4(a)(4)(A)(iv), as it is filed within 30 days after entry of the denial of Plaintiff-Appellant's Motion to Alter or Amend the Judgment under Rule 59(e), which was filed on April 16, 2025. A copy of that Order is attached hereto as Exhibit B.

    Respectfully Submitted,

    **DYKEMA GOSSETT PLLC**
    /s/ Charles W. Chotvacs
    Charles W. Chotvacs (VSB # 70045)
    1301 K Street N.W., Suite 1100 West
    Washington, D.C. 20005
    Telephone: (202) 906-8600
    cchotvacs@dykema.com

                                                **BODMAN PLC**
Justin P. Bagdady *(pro hac vice)*
Spencer M. Darling *(pro hac vice)*
201 S. Division Street, Suite 400
Ann Arbor, MI 48104
Telephone: (734) 930-2727

Stephen P. Dunn *(pro hac vice)*
201 W. Big Beaver Road, Suite 500
Troy, MI 48084
Telephone: (248) 743-6031

**JACOBS AND DIEMER, P.C.**
Timothy A. Diemer *(pro hac vice)*
211 W. Fort Street, Suite 1400
Detroit, MI 48226
Telephone: (313) 965-1900

Dated: May 8, 2025