FILED: May 12, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1534
(1:24-cv-00217-AJT-WEF)

_____

DEQUE SYSTEMS INC.

    Plaintiff - Appellant

v.

BROWSERSTACK, INC.; BROWSERSTACK LIMITED; BROWSERSTACK SOFTWARE PVT, LTD

    Defendants - Appellees

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
|---|---|
| Originating Case Number | 1:24-cv-00217-AJT-WEF |
| Date notice of appeal filed in originating court: | 05/08/2025 |
| Appellant | Deque Systems Inc. |
| Appellate Case Number | 25-1534 |
| Case Manager | Anisha Walker<br>804-916-2704 |